**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR NUNEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, and KRIS SENNESAEL,<br><br>Defendants. | Case No. 8:25-cv-00411-KES<br><br>**DECLARATION OF ADAM M. APTON** |

I, Adam M. Apton, hereby declare as follows:

1. I am a partner with the law firm Levi & Korsinsky, LLP, counsel for Plaintiff in the above captioned action. I submit this declaration in response to the Court's docket order dated March 27, 2025 (ECF No. 10). I have personal knowledge of the facts set forth herein and would testify thereto competently if called to do so.

2. On March 27, 2025, the undersigned served the Magistrate Judge Direct Assignment Program declination of consent form on Defendants by sending a copy of it to Defendants' counsel via electronic mail.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of April 2025.

*/s/ Adam Apton*
Adam M. Apton
