Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles Linehan (SBN 307439)
  *clinehan@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Albert F. Chan*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR NUNEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, and KRIS SENNESAEL,<br><br>   Defendants. | Case No. 8:25-cv-00411-DOC-JDE<br><br>**NOTICE OF MOTION AND MOTION OF ALBERT F. CHAN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CO-LEAD COUNSEL**<br><br>Date: June 2, 2025<br>Time: 8:30 a.m.<br>Crtrm.: 10A<br>Judge: Hon. David O. Carter |
| VLADIMIR TSVETKOV, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, and KRIS SENNESAEL,<br><br>   Defendants. | Case No. 8:25-cv-00863-JAK-ADS |

**TO: THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 2, 2025, at 8:30 a.m. or as soon thereafter as the matter can be heard in the courtroom of the Honorable David O. Carter, in Courtroom 10A of the United States District Court for the Central District of California, 411 West Fourth Street, Santa Ana, California, Albert F. Chan ("Chan") will move this Court for entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing Chan as Lead Plaintiff; (iii) approving Chan's selection of Glancy Prongay & Murray LLP and Holzer & Holzer, LLC as Co-Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper.

Chan is filing this motion pursuant to the Federal Rules of Civil Procedure, the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

In support of this Motion, Chan submits a Memorandum of Law in support thereof and the Declaration of Charles H. Linehan and the exhibits attached thereto, and all of the prior pleadings and other files in this matter, and such other written or oral arguments as may be permitted by the Court.

## COMPLIANCE WITH CIVIL LOCAL RULE 7-3

This Motion is filed pursuant to Section 21D of the Exchange Act, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). Consequently, counsel for Chan have no way of knowing with certainty who, if anyone, the competing lead plaintiff candidates will be at this time. As a result, counsel for Chan is unable to conference with opposing counsel as prescribed by Local Rule 7-3, and therefore respectfully request that the conference requirement be waived for this motion. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II) of the Exchange Act, Defendants do

not have standing to oppose the appointment of Chan as lead plaintiff. *See Takeda v. Turbodyne Techs., Inc.*, 67 F. Supp. 2d 1129, 1138 (C.D. Cal. 1999).

DATED:  May 5, 2025                    Respectfully submitted,

                                       **GLANCY PRONGAY & MURRAY LLP**
                                       By:    */s Charles H. Linehan*
                                       Robert V. Prongay
                                       Charles H. Linehan
                                       Pavithra Rajesh
                                       1925 Century Park East, Suite 2100
                                       Los Angeles, California 90067
                                       Telephone: (310) 201-9150
                                       Facsimile: (310) 201-9160
                                       Email:  clinehan@glancylaw.com

                                       **HOLZER & HOLZER, LLC**
                                       Corey D. Holzer
                                       211 Perimeter Center Parkway, Suite 1010
                                       Atlanta, Georgia 30346
                                       Telephone: (770) 392-0090
                                       Facsimile: (770) 392-0029

                                       *Counsel for Albert F. Chan and Proposed Co-Lead Counsel for the Class*

MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL

2

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On May 5, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 5, 2025, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan