**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CESAR NUNEZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, and KRIS SENNESAEL, <br><br> Defendants. | Case No. 8:25-cv-00411-DOC-JDE <br><br> **[PROPOSED] ORDER GRANTING THE MOTION OF ALBERT F. CHAN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CO-LEAD COUNSEL** |
| VLADIMIR TSVETKOV, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, and KRIS SENNESAEL, <br><br> Defendants. | Case No. 8:25-cv-00863-JAK-ADS |

-1-

On May 5, 2025, Lead Plaintiff Movant Albert F. Chan ("Chan") filed the Motion of Albert F. Chan for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Co-Lead Counsel (the "Motion"). The Motion seeks consolidation of the above-captioned actions pursuant to Federal Rule of Civil Procedure 42(a). The Motion also seeks appointment of Chan as lead plaintiff, and approval of his selection of Glancy Prongay & Murray LLP and Holzer & Holzer, LLC as co-lead counsel pursuant to the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B).

The Court, having considered the Motion, and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Skyworks Solutions, Inc. Securities Litigation*, Master File No. 8:25-cv-00411-DOC-JDE.

2. The Court appoints Chan as Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

3. The Court approves Glancy Prongay & Murray LLP and Holzer & Holzer, LLC as Co-Lead Counsel for the class Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

-2-