Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles Linehan (SBN 307439)
  *clinehan@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Albert F. Chan*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR NUNEZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, and KRIS SENNESAEL, <br><br> Defendants. | Case No. 8:25-cv-00411-DOC-JDE <br><br> **DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF THE MOTION OF ALBERT F. CHAN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CO-LEAD COUNSEL** <br><br> Date:    June 2, 2025 <br> Time:    8:30 a.m. <br> Crtrm.:  10A <br> Judge:   Hon. David O. Carter |
| VLADIMIR TSVETKOV, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, and KRIS SENNESAEL, <br><br> Defendants. | Case No. 8:25-cv-00863-JAK-ADS |

I, Charles H. Linehan, declare as follows:

1.      I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Albert F. Chan ("Chan"), and proposed Co-Lead Counsel for the class in the above-captioned actions. I make this declaration in support of the Motion of Chan for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Co-Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:   Notice published in *Globe Newswire* on March 4, 2025, announcing the pendency of the first-filed securities class action against the Defendants herein;

Exhibit B:   Chan's Signed Certification;

Exhibit C:   Analysis of Chan's financial interest;

Exhibit D:   Firm Résumé of Glancy Prongay & Murray LLP; and

Exhibit E:   Firm Résumé of Holzer & Holzer, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of May 2025, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN

1

## <u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On May 5, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 5, 2025, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan