# EXHIBIT C

**Financial Interest Analysis**

**Company Name:** Skyworks Solutions, Inc.
**Ticker:** SWKS
**Class Period:** August 8, 2023 to February 5, 2025
**Name:** Albert F. Chan

**Modified LIFO**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/1/2024 | 400 | $108.0800 | -$43,232.0000 | | $0.0000 | -$43,232.00 |
| 8/1/2024 | 600 | $108.1016 | -$64,860.9600 | | $0.0000 | -$64,860.96 |
| 9/3/2024 | 1,000 | $102.1257 | -$102,125.7000 | | $0.0000 | -$102,125.70 |
| 10/30/2024 | 1,000 | $90.9400 | -$90,940.0000 | | $0.0000 | -$90,940.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **3,000** | | | | **Subtotal:** | **-$301,158.66** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $192,190.25 |
| | | | $64.0634 | | **Mod. LIFO Total:** | **-$108,968.41** |

**Custodial Account for Grandchild 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/12/2024 | 290 | $101.7376 | -$29,503.9040 | | $0.0000 | -$29,503.90 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **290** | | | | **Subtotal:** | **-$29,503.90** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $18,578.39 |
| | | | $64.0634 | | **Total:** | **-$10,925.51** |

**Custodial Account for Grandchild 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/12/2024 | 230 | $101.7000 | -$23,391.0000 | | $0.0000 | -$23,391.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **230** | | | | **Subtotal:** | **-$23,391.00** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $14,734.59 |
| | | | $64.0634 | | **Total:** | **-$8,656.41** |

| | |
|---|---|
| **COMBINED TOTAL:** | **-$128,550.34** |

Notes

In this analysis, losses are only attributed to shares held through corrective disclosures, as determined by the Last-In-First-Out ("LIFO") methodology. The 90-Day Average Price used in this financial interest analysis is the average closing price between February 6, 2025 and May 2, 2025.  Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.