# EXHIBIT A

# Certification of Plaintiff Pursuant to Federal Securities Laws

I, Nelson Mangione, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Skyworks Solutions, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury that the foregoing is true and correct. Executed this

Date : 05/01/2025

Name : Nelson Mangione

Signature :

| Case Name | Skyworks Solutions, Inc. |
|---|---|
| Ticker | SWKS |
| Class Period | 08-08-2023 to 02-05-2025 |

| Client Name |
|---|
| Nelson Mangione |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 10-09-2023 | P | 200 | $ 97.0050 |
| 01-08-2024 | P | 500 | $ 105.8340 |
| 01-12-2024 | P | 500 | $ 102.3800 |
| 01-23-2024 | P | 500 | $ 109.6797 |
| 04-11-2024 | P | 400 | $ 102.0900 |
| 05-01-2024 | P | 1000 | $ 92.0000 |
| 05-29-2024 | P | 500 | $ 90.4500 |
| 06-14-2024 | S | -500 | $ 100.0000 |
| 06-14-2024 | S | -500 | $ 92.0000 |
| 06-21-2024 | S | -300 | $ 105.0000 |
| 06-27-2024 | P | 100 | $ 105.4900 |
| 07-11-2024 | P | 500 | $ 111.2950 |
| 07-16-2024 | P | 700 | $ 120.0399 |
| 07-31-2024 | P | 500 | $ 109.3950 |
| 08-01-2024 | P | 200 | $ 107.9800 |
| 09-25-2024 | P | 500 | $ 96.8000 |
| 10-01-2024 | P | 200 | $ 96.0300 |
| 10-18-2024 | S | -200 | $ 98.0000 |
| 10-24-2024 | P | 500 | $ 94.7200 |
| 10-24-2024 | P | 400 | $ 94.6700 |
| 10-24-2024 | P | 100 | $ 95.0300 |
| 10-30-2024 | S | -2500 | $ 91.1740 |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 12/29/2023 | Sell to Open | -1 | SWKS 01/12/2024 110.00 C | 4.03 |
| 01/16/2024 as of 01/12/2024 | Expired | 1 | SWKS 01/12/2024 110.00 C | |
| | | | | |
| 12/20/2024 | Sell to Open | -10 | SWKS 01/17/2025 87.50 C | 4.45 |
| 1/16/2025 | Buy to Close | 10 | SWKS 01/17/2025 87.50 C | 4.4 |
| | | | | |
| 12/20/2024 | Sell to Open | -39 | SWKS 01/17/2025 90.00 C | 3.6 |
| 1/16/2025 | Buy to Close | 15 | SWKS 01/17/2025 90.00 C | 2.252 |
| 1/16/2025 | Buy to Close | 15 | SWKS 01/17/2025 90.00 C | 2.21 |
| 1/17/2025 | Buy to Close | 9 | SWKS 01/17/2025 90.00 C | 3.9 |
| | | | | |
| 1/12/2024 | Sell to Open | -5 | SWKS 01/26/2024 105.00 C | 1.06 |
| 1/24/2024 | Buy to Close | 5 | SWKS 01/26/2024 105.00 C | 3.9 |
| | | | | |
| 1/24/2024 | Sell to Open | -5 | SWKS 02/02/2024 105.00 C | 5.6 |
| 1/31/2024 | Buy to Close | 5 | SWKS 02/02/2024 105.00 C | 1.468 |

| | | | | |
|---|---|---|---|---|
| 1/19/2024 | Sell to Open | -1 | SWKS 02/02/2024 110.00 C | 1.92 |
| 1/19/2024 | Sell to Open | -4 | SWKS 02/02/2024 110.00 C | 1.95 |
| 02/05/2024 as of 02/02/2024 | Expired | 5 | SWKS 02/02/2024 110.00 C | |
| | | | | |
| 1/23/2024 | Sell to Open | -5 | SWKS 02/02/2024 115.00 C | 1.4 |
| 02/05/2024 as of 02/02/2024 | Expired | 5 | SWKS 02/02/2024 115.00 C | |
| | | | | |
| 1/31/2024 | Sell to Open | -5 | SWKS 02/16/2024 105.00 C | 2.818 |
| 2/14/2024 | Buy to Close | 5 | SWKS 02/16/2024 105.00 C | 1.15 |
| | | | | |
| 12/14/2023 | Sell to Open | -1 | SWKS 02/16/2024 120.00 C | 2.92 |
| 02/20/2024 as of 02/16/2024 | Expired | 1 | SWKS 02/16/2024 120.00 C | |
| | | | | |
| 8/9/2024 | Sell to Open | -2 | SWKS 02/21/2025 110.00 C | 7.73 |
| 2/21/2025 | Expired | 2 | SWKS 02/21/2025 110.00 C | |
| | | | | |
| 1/16/2025 | Sell to Open | -10 | SWKS 02/21/2025 90.00 C | 5.35 |
| 1/17/2025 | Sell to Open | -9 | SWKS 02/21/2025 90.00 C | 6.59 |
| 2/21/2025 | Expired | 19 | SWKS 02/21/2025 90.00 C | |
| | | | | |
| 1/16/2025 | Sell to Open | -15 | SWKS 02/21/2025 92.50 C | 4.1533 |
| 2/21/2025 | Expired | 15 | SWKS 02/21/2025 92.50 C | |
| | | | | |
| 1/16/2025 | Sell to Open | -15 | SWKS 02/21/2025 95.00 C | 3.01 |
| 2/21/2025 | Expired | 15 | SWKS 02/21/2025 95.00 C | |
| | | | | |
| 2/14/2024 | Sell to Open | -5 | SWKS 02/23/2024 105.00 C | 1.83 |
| 2/23/2024 | Buy to Close | 5 | SWKS 02/23/2024 105.00 C | 0.15 |
| | | | | |
| 2/23/2024 | Sell to Open | -5 | SWKS 03/08/2024 105.00 C | 1.95 |
| 3/6/2024 | Buy to Close | 5 | SWKS 03/08/2024 105.00 C | 2.164 |
| | | | | |
| 2/9/2024 | Sell to Open | -5 | SWKS 03/08/2024 110.00 C | 1.25 |
| 3/7/2024 | Buy to Close | 5 | SWKS 03/08/2024 110.00 C | 0.5 |
| | | | | |
| 2/8/2024 | Sell to Open | -5 | SWKS 03/08/2024 115.00 C | 0.3 |
| 03/11/2024 as of 03/08/2024 | Expired | 5 | SWKS 03/08/2024 115.00 C | |
| | | | | |
| 3/6/2024 | Sell to Open | -5 | SWKS 03/15/2024 105.00 C | 3.184 |
| 3/14/2024 | Buy to Close | 5 | SWKS 03/15/2024 105.00 C | 0.85 |
| | | | | |
| 3/7/2024 | Sell to Open | -5 | SWKS 03/15/2024 110.00 C | 1.43 |
| 03/18/2024 as of 03/15/2024 | Expired | 5 | SWKS 03/15/2024 110.00 C | |
| | | | | |
| 3/14/2024 | Sell to Open | -5 | SWKS 03/28/2024 105.00 C | 2.42 |
| 3/27/2024 | Buy to Close | 5 | SWKS 03/28/2024 105.00 C | 0.856 |
| | | | | |
| 3/27/2024 | Sell to Open | -5 | SWKS 04/05/2024 105.00 C | 1.926 |
| 4/4/2024 | Buy to Close | 5 | SWKS 04/05/2024 105.00 C | 0.99 |
| | | | | |
| 3/20/2024 | Sell to Open | -5 | SWKS 04/05/2024 110.00 C | 1.1 |

| | | | | |
|---|---|---|---|---|
| 04/08/2024 as of 04/05/2024 | Expired | 5 | SWKS 04/05/2024 110.00 C | |
| 4/4/2024 | Sell to Open | -5 | SWKS 04/12/2024 105.00 C | 2.17 |
| 4/11/2024 | Buy to Close | 5 | SWKS 04/12/2024 105.00 C | 0.16 |
| 3/28/2024 | Sell to Open | -5 | SWKS 04/12/2024 115.00 C | 0.6 |
| 04/15/2024 as of 04/12/2024 | Expired | 5 | SWKS 04/12/2024 115.00 C | |
| 4/11/2024 | Sell to Open | -5 | SWKS 04/19/2024 105.00 C | 1.11 |
| 04/22/2024 as of 04/19/2024 | Expired | 5 | SWKS 04/19/2024 105.00 C | |
| 4/9/2024 | Sell to Open | -5 | SWKS 04/19/2024 110.00 C | 0.95 |
| 04/22/2024 as of 04/19/2024 | Expired | 5 | SWKS 04/19/2024 110.00 C | |
| 4/24/2024 | Sell to Open | -5 | SWKS 05/03/2024 105.00 C | 2.136 |
| 05/06/2024 as of 05/03/2024 | Expired | 5 | SWKS 05/03/2024 105.00 C | |
| 4/29/2024 | Sell to Open | -5 | SWKS 05/03/2024 110.00 C | 1.66 |
| 05/06/2024 as of 05/03/2024 | Expired | 5 | SWKS 05/03/2024 110.00 C | |
| 4/29/2024 | Sell to Open | -5 | SWKS 05/03/2024 115.00 C | 0.61 |
| 05/06/2024 as of 05/03/2024 | Expired | 5 | SWKS 05/03/2024 115.00 C | |
| 5/1/2024 | Sell to Open | -3 | SWKS 05/03/2024 94.00 C | 1.12 |
| 05/06/2024 as of 05/03/2024 | Expired | 3 | SWKS 05/03/2024 94.00 C | |
| 5/1/2024 | Sell to Open | -3 | SWKS 05/03/2024 95.00 C | 0.85 |
| 05/06/2024 as of 05/03/2024 | Expired | 3 | SWKS 05/03/2024 95.00 C | |
| 5/3/2024 | Sell to Open | -5 | SWKS 05/10/2024 95.00 C | 0.64 |
| 05/13/2024 as of 05/10/2024 | Expired | 5 | SWKS 05/10/2024 95.00 C | |
| 12/8/2023 | Sell to Open | -1 | SWKS 05/17/2024 100.00 C | 11.62 |
| 4/11/2024 | Sell to Open | -4 | SWKS 05/17/2024 100.00 C | 6.08 |
| 05/20/2024 as of 05/17/2024 | Expired | 5 | SWKS 05/17/2024 100.00 C | |
| 12/14/2023 | Sell to Open | -1 | SWKS 05/17/2024 130.00 C | 2.95 |
| 05/20/2024 as of 05/17/2024 | Expired | 1 | SWKS 05/17/2024 130.00 C | |
| 12/15/2023 | Sell to Open | -2 | SWKS 05/17/2024 90.00 C | 25.83 |
| 5/8/2024 | Buy to Close | 2 | SWKS 05/17/2024 90.00 C | 3.04 |
| 5/8/2024 | Sell to Open | -5 | SWKS 05/24/2024 95.00 C | 0.9 |
| 5/17/2024 | Sell to Open | -15 | SWKS 05/24/2024 95.00 C | 0.42 |
| 05/28/2024 as of 05/24/2024 | Expired | 20 | SWKS 05/24/2024 95.00 C | |
| 5/28/2024 | Sell to Open | -5 | SWKS 05/31/2024 95.00 C | 0.25 |
| 06/03/2024 as of 05/31/2024 | Expired | 5 | SWKS 05/31/2024 95.00 C | |
| 5/29/2024 | Sell to Open | -5 | SWKS 06/07/2024 92.00 C | 0.97 |
| 6/5/2024 | Buy to Close | 5 | SWKS 06/07/2024 92.00 C | 0.6 |

| Date | Action | Quantity | Description | Price |
|---|---|---|---|---|
| 6/12/2024 | Sell to Open | -5 | SWKS 06/14/2024 100.00 C | 1 |
| 06/17/2024 as of 06/14/2024 | Assigned | 5 | SWKS 06/14/2024 100.00 C | |
| 6/5/2024 | Sell to Open | -5 | SWKS 06/14/2024 92.00 C | 1.52 |
| 06/17/2024 as of 06/14/2024 | Assigned | 5 | SWKS 06/14/2024 92.00 C | |
| 5/31/2024 | Sell to Open | -5 | SWKS 06/14/2024 95.00 C | 0.75 |
| 6/14/2024 | Buy to Close | 5 | SWKS 06/14/2024 95.00 C | 10.382 |
| 12/27/2023 | Sell to Open | -1 | SWKS 06/21/2024 105.00 C | 15.32 |
| 6/12/2024 | Sell to Open | -2 | SWKS 06/21/2024 105.00 C | 1.21 |
| 06/24/2024 as of 06/21/2024 | Assigned | 3 | SWKS 06/21/2024 105.00 C | |
| 12/14/2023 | Sell to Open | -10 | SWKS 06/21/2024 150.00 C | 0.9 |
| 06/24/2024 as of 06/21/2024 | Expired | 10 | SWKS 06/21/2024 150.00 C | |
| 6/13/2024 | Sell to Open | -1 | SWKS 06/28/2024 110.00 C | 1.31 |
| 07/01/2024 as of 06/28/2024 | Expired | 1 | SWKS 06/28/2024 110.00 C | |
| 6/27/2024 | Sell to Open | -1 | SWKS 07/05/2024 106.00 C | 1.36 |
| 7/5/2024 | Buy to Close | 1 | SWKS 07/05/2024 106.00 C | 0.1 |
| 7/5/2024 | Sell to Open | -1 | SWKS 07/12/2024 106.00 C | 1.35 |
| 7/12/2024 | Buy to Close | 1 | SWKS 07/12/2024 106.00 C | 6.97 |
| 6/28/2024 | Sell to Open | -1 | SWKS 07/12/2024 110.00 C | 1.1 |
| 7/11/2024 | Buy to Close | 1 | SWKS 07/12/2024 110.00 C | 0.87 |
| 7/11/2024 | Sell to Open | -1 | SWKS 07/19/2024 110.00 C | 2.02 |
| 7/19/2024 | Buy to Close | 1 | SWKS 07/19/2024 110.00 C | 5.5 |
| 7/8/2024 | Sell to Open | -10 | SWKS 07/26/2024 115.00 C | 0.55 |
| 7/12/2024 | Buy to Close | 5 | SWKS 07/26/2024 115.00 C | 1.896 |
| 7/24/2024 | Buy to Close | 5 | SWKS 07/26/2024 115.00 C | 1.75 |
| 7/19/2024 | Sell to Open | -1 | SWKS 08/02/2024 110.00 C | 7.9 |
| 08/05/2024 as of 08/02/2024 | Expired | 1 | SWKS 08/02/2024 110.00 C | |
| 7/24/2024 | Sell to Open | -5 | SWKS 08/02/2024 115.00 C | 4.45 |
| 08/05/2024 as of 08/02/2024 | Expired | 5 | SWKS 08/02/2024 115.00 C | |
| 7/15/2024 | Sell to Open | -7 | SWKS 08/02/2024 125.00 C | 1.6 |
| 08/05/2024 as of 08/02/2024 | Expired | 7 | SWKS 08/02/2024 125.00 C | |
| 7/16/2024 | Sell to Open | -7 | SWKS 08/09/2024 130.00 C | 1.93 |
| 08/12/2024 as of 08/09/2024 | Expired | 7 | SWKS 08/09/2024 130.00 C | |
| 8/8/2024 | Sell to Open | -5 | SWKS 08/16/2024 105.00 C | 1.09 |
| 8/16/2024 | Buy to Close | 5 | SWKS 08/16/2024 105.00 C | 2.39 |

| | | | | |
|---|---|---|---|---|
| 7/12/2024 | Sell to Open | -5 | SWKS 08/16/2024 120.00 C | 2.554 |
| 08/19/2024 as of 08/16/2024 | Expired | 5 | SWKS 08/16/2024 120.00 C | |
| 6/17/2024 | Sell to Open | -20 | SWKS 08/16/2024 130.00 C | 0.75 |
| 08/19/2024 as of 08/16/2024 | Expired | 20 | SWKS 08/16/2024 130.00 C | |
| 5/8/2024 | Sell to Open | -2 | SWKS 08/16/2024 95.00 C | 4.86 |
| 8/9/2024 | Buy to Close | 2 | SWKS 08/16/2024 95.00 C | 7.48 |
| 8/14/2023 | Sell to Open | -1 | SWKS 08/18/2023 108.00 C | 1.5 |
| 08/21/2023 as of 08/18/2023 | Expired | 1 | SWKS 08/18/2023 108.00 C | |
| 8/17/2023 | Sell to Open | -1 | SWKS 08/25/2023 106.00 C | 1.23 |
| 08/28/2023 as of 08/25/2023 | Expired | 1 | SWKS 08/25/2023 106.00 C | |
| 8/16/2024 | Sell to Open | -5 | SWKS 08/30/2024 105.00 C | 3.64 |
| 8/28/2024 | Buy to Close | 5 | SWKS 08/30/2024 105.00 C | 1.85 |
| 7/12/2024 | Sell to Open | -1 | SWKS 08/30/2024 110.00 C | 7.42 |
| 8/13/2024 | Sell to Open | -4 | SWKS 08/30/2024 110.00 C | 0.8 |
| 8/29/2024 | Buy to Close | 5 | SWKS 08/30/2024 110.00 C | 0.822 |
| 8/25/2023 | Sell to Open | -1 | SWKS 09/01/2023 106.00 C | 1.15 |
| 9/1/2023 | Buy to Close | 1 | SWKS 09/01/2023 106.00 C | 3.18 |
| 8/21/2023 | Sell to Open | -1 | SWKS 09/01/2023 109.00 C | 1.3 |
| 8/31/2023 | Buy to Close | 1 | SWKS 09/01/2023 109.00 C | 0.72 |
| 8/28/2024 | Sell to Open | -5 | SWKS 09/06/2024 105.00 C | 2.8 |
| 09/09/2024 as of 09/06/2024 | Expired | 5 | SWKS 09/06/2024 105.00 C | |
| 8/29/2024 | Sell to Open | -5 | SWKS 09/06/2024 110.00 C | 1.75 |
| 09/09/2024 as of 09/06/2024 | Expired | 5 | SWKS 09/06/2024 110.00 C | |
| 8/7/2024 | Sell to Open | -15 | SWKS 09/13/2024 115.00 C | 0.7 |
| 09/16/2024 as of 09/13/2024 | Expired | 15 | SWKS 09/13/2024 115.00 C | |
| 8/31/2023 | Sell to Open | -1 | SWKS 09/15/2023 109.00 C | 2.27 |
| 09/18/2023 as of 09/15/2023 | Expired | 1 | SWKS 09/15/2023 109.00 C | |
| 9/11/2024 | Sell to Open | -5 | SWKS 09/20/2024 105.00 C | 0.8 |
| 9/19/2024 | Buy to Close | 5 | SWKS 09/20/2024 105.00 C | 0.06 |
| 8/15/2024 | Sell to Open | -4 | SWKS 09/20/2024 120.00 C | 0.63 |
| 09/23/2024 as of 09/20/2024 | Expired | 4 | SWKS 09/20/2024 120.00 C | |
| 9/11/2024 | Sell to Open | -5 | SWKS 09/27/2024 110.00 C | 0.4 |
| 09/30/2024 as of 09/27/2024 | Expired | 5 | SWKS 09/27/2024 110.00 C | |
| 9/15/2023 | Sell to Open | -1 | SWKS 09/29/2023 100.00 C | 1.6 |
| 10/02/2023 as of 09/29/2023 | Expired | 1 | SWKS 09/29/2023 100.00 C | |

| Date | Action | Qty | Security | Price |
|---|---|---|---|---|
| 9/25/2024 | Sell to Open | -5 | SWKS 10/04/2024 100.00 C | 0.9 |
| 10/4/2024 | Buy to Close | 5 | SWKS 10/04/2024 100.00 C | 0.14 |
| 9/19/2024 | Sell to Open | -5 | SWKS 10/04/2024 105.00 C | 0.74 |
| 10/4/2024 | Buy to Close | 5 | SWKS 10/04/2024 105.00 C | 0.08 |
| 9/28/2023 | Sell to Open | -1 | SWKS 10/13/2023 99.00 C | 1.48 |
| 10/16/2023 as of 10/13/2023 | Expired | 1 | SWKS 10/13/2023 99.00 C | |
| 10/4/2024 | Sell to Open | -5 | SWKS 10/18/2024 100.00 C | 1.99 |
| 10/21/2024 as of 10/18/2024 | Expired | 5 | SWKS 10/18/2024 100.00 C | |
| 10/4/2024 | Sell to Open | -5 | SWKS 10/18/2024 105.00 C | 0.63 |
| 10/21/2024 as of 10/18/2024 | Expired | 5 | SWKS 10/18/2024 105.00 C | |
| 8/21/2024 | Sell to Open | -20 | SWKS 10/18/2024 120.00 C | 1.5 |
| 10/21/2024 as of 10/18/2024 | Expired | 20 | SWKS 10/18/2024 120.00 C | |
| 10/2/2024 | Sell to Open | -1 | SWKS 10/18/2024 98.00 C | 2.77 |
| 10/4/2024 | Sell to Open | -1 | SWKS 10/18/2024 98.00 C | 2.48 |
| 10/21/2024 as of 10/18/2024 | Assigned | 2 | SWKS 10/18/2024 98.00 C | |
| 9/1/2023 | Sell to Open | -1 | SWKS 10/20/2023 110.00 C | 4.08 |
| 10/23/2023 as of 10/20/2023 | Expired | 1 | SWKS 10/20/2023 110.00 C | |
| 10/16/2023 | Sell to Open | -1 | SWKS 10/27/2023 97.00 C | 1.48 |
| 10/30/2023 as of 10/27/2023 | Expired | 1 | SWKS 10/27/2023 97.00 C | |
| 10/24/2024 | Sell to Open | -5 | SWKS 11/01/2024 96.00 C | 1.58 |
| 11/1/2024 | Buy to Close | 5 | SWKS 11/01/2024 96.00 C | 0.06 |
| 10/24/2024 | Sell to Open | -1 | SWKS 11/01/2024 98.00 C | 0.99 |
| 10/24/2024 | Sell to Open | -4 | SWKS 11/01/2024 98.00 C | 0.86 |
| 11/1/2024 | Buy to Close | 5 | SWKS 11/01/2024 98.00 C | 0.03 |
| 10/24/2023 | Sell to Open | -1 | SWKS 11/03/2023 93.00 C | 2.25 |
| 11/06/2023 as of 11/03/2023 | Expired | 1 | SWKS 11/03/2023 93.00 C | |
| 10/29/2024 | Sell to Open | -5 | SWKS 11/08/2024 101.00 C | 1.2 |
| 11/11/2024 as of 11/08/2024 | Expired | 5 | SWKS 11/08/2024 101.00 C | |
| 10/28/2024 | Sell to Open | -5 | SWKS 11/08/2024 99.00 C | 1.75 |
| 11/11/2024 as of 11/08/2024 | Expired | 5 | SWKS 11/08/2024 99.00 C | |
| 10/31/2023 | Sell to Open | -1 | SWKS 11/10/2023 90.00 C | 1.43 |
| 11/10/2023 | Buy to Close | 1 | SWKS 11/10/2023 90.00 C | 0.14 |
| 6/14/2024 | Sell to Open | -5 | SWKS 11/15/2024 100.00 C | 12.758 |
| 11/18/2024 as of 11/15/2024 | Expired | 5 | SWKS 11/15/2024 100.00 C | |

| | | | | |
|---|---|---|---|---|
| 9/17/2024 | Sell to Open | -15 | SWKS 11/15/2024 115.00 C | 1.42 |
| 11/18/2024 as of 11/15/2024 | Expired | 15 | SWKS 11/15/2024 115.00 C | |
| | | | | |
| 9/23/2024 | Sell to Open | -4 | SWKS 11/15/2024 120.00 C | 0.6 |
| 11/18/2024 as of 11/15/2024 | Expired | 4 | SWKS 11/15/2024 120.00 C | |
| | | | | |
| 8/23/2024 | Sell to Open | -5 | SWKS 11/15/2024 125.00 C | 2.05 |
| 11/18/2024 as of 11/15/2024 | Expired | 5 | SWKS 11/15/2024 125.00 C | |
| | | | | |
| 11/1/2024 | Sell to Open | -5 | SWKS 11/15/2024 95.00 C | 2.01 |
| 11/1/2024 | Sell to Open | -5 | SWKS 11/15/2024 95.00 C | 1.97 |
| 11/18/2024 as of 11/15/2024 | Expired | 10 | SWKS 11/15/2024 95.00 C | |
| | | | | |
| 8/28/2023 | Sell to Open | -5 | SWKS 11/17/2023 120.00 C | 1.74 |
| 11/20/2023 as of 11/17/2023 | Expired | 5 | SWKS 11/17/2023 120.00 C | |
| | | | | |
| 8/31/2023 | Sell to Open | -10 | SWKS 11/17/2023 130.00 C | 0.75 |
| 11/20/2023 as of 11/17/2023 | Expired | 10 | SWKS 11/17/2023 130.00 C | |
| | | | | |
| 11/10/2023 | Sell to Open | -1 | SWKS 11/17/2023 90.00 C | 1.25 |
| 11/17/2023 | Buy to Close | 1 | SWKS 11/17/2023 90.00 C | 3.17 |
| | | | | |
| 11/10/2023 | Sell to Open | -1 | SWKS 11/24/2023 89.00 C | 0.98 |
| 11/17/2023 | Buy to Close | 1 | SWKS 11/24/2023 89.00 C | 4.65 |
| | | | | |
| 11/18/2024 | Sell to Open | -39 | SWKS 11/29/2024 87.00 C | 0.85 |
| 11/29/2024 | Buy to Close | 39 | SWKS 11/29/2024 87.00 C | 0.77 |
| | | | | |
| 11/7/2023 | Sell to Open | -1 | SWKS 12/08/2023 95.00 C | 1.05 |
| 12/8/2023 | Buy to Close | 1 | SWKS 12/08/2023 95.00 C | 9.47 |
| | | | | |
| 11/17/2023 | Sell to Open | -1 | SWKS 12/15/2023 90.00 C | 4.42 |
| 11/17/2023 | Sell to Open | -1 | SWKS 12/15/2023 90.00 C | 4.75 |
| 12/15/2023 | Buy to Close | 2 | SWKS 12/15/2023 90.00 C | 23.265 |
| | | | | |
| 11/13/2024 | Sell to Open | -10 | SWKS 12/20/2024 85.00 C | 2.55 |
| 12/20/2024 | Buy to Close | 10 | SWKS 12/20/2024 85.00 C | 4.05 |
| | | | | |
| 11/29/2024 | Sell to Open | -39 | SWKS 12/20/2024 87.50 C | 2.47 |
| 12/20/2024 | Buy to Close | 39 | SWKS 12/20/2024 87.50 C | 2.5 |
| | | | | |
| 11/15/2023 | Sell to Open | -1 | SWKS 12/29/2023 100.00 C | 1.06 |
| 12/27/2023 | Buy to Close | 1 | SWKS 12/29/2023 100.00 C | 14.07 |
| | | | | |
| 12/11/2023 | Sell to Open | -1 | SWKS 12/29/2023 110.00 C | 1.01 |
| 12/29/2023 | Buy to Close | 1 | SWKS 12/29/2023 110.00 C | 2.88 |