# EXHIBIT B

| Client Name | Nelson Mangione |
|---|---|
| Company Name | Skyworks Solutions, Inc. |
| Ticker Symbol | SWKS |
| Security Type | |
| Class Period Start | 08-08-2023 |
| Class Period End | 02-05-2025 |
| 90-DAY Lookback Period Start | 02-06-2025 |
| 90-DAY Lookback Period End | 05-04-2025 |
| 90-DAY Lookback Average | $ 64.06 |

| SUMMARY OF FINANCIAL INTEREST - ALL FUNDS (Stock + Options) | |
|---|---|
| LIFO Loss Total | $ 82,055.55 |
| DURA LIFO* Total | $36,409.08 |
| Gross Shares Purchased | 7,300 |
| Net Shares Retained | 3,300 |
| Net Funds Expended | $370,228.78 |

### Nelson Mangione

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 10-09-2023 | 200 | 97.005 | $ 19,401.00 | | | | | | - | 200 | 200 | $ 64.06 | $ 12,812.68 | $ 6,588.32 | $ 6,588.32 |
| 01-08-2024 | 500 | 105.834 | $ 52,917.00 | | | | | | - | 500 | 500 | $ 64.06 | $ 32,031.71 | $ 20,885.29 | $ 20,885.29 |
| 01-12-2024 | 500 | 102.38 | $ 51,190.00 | | | | | | - | 500 | 500 | $ 64.06 | $ 32,031.71 | $ 19,158.29 | $ 19,158.29 |
| 01-23-2024 | 500 | 109.6797 | $ 54,839.85 | | | | | | - | 500 | 500 | $ 64.06 | $ 32,031.71 | $ 22,808.14 | $ 22,808.14 |
| 04-11-2024 | 400 | 102.09 | $ 40,836.00 | | | | | | - | 400 | 400 | $ 64.06 | $ 25,625.37 | $ 15,210.63 | $ 15,210.63 |
| 05-01-2024 | 500 | 92 | $ 46,000.00 | 06-14-2024 | 500 | | $ 92.00 | $ 46,000.00 | - | - | - | $ 64.06 | | | |
| 05-01-2024 | 300 | 92 | $ 27,600.00 | 06-21-2024 | 300 | | $ 105.00 | $ 31,500.00 | - | - | - | $ 64.06 | | -$ 3,900.00 | -$ 3,900.00 |
| 05-01-2024 | 200 | 92 | $ 18,400.00 | | | | | | - | 200 | 200 | $ 64.06 | $ 12,812.68 | $ 5,587.32 | $ 5,587.32 |
| 05-29-2024 | 500 | 90.45 | $ 45,225.00 | 06-14-2024 | 500 | | $ 100.00 | $ 50,000.00 | - | - | - | $ 64.06 | | -$ 4,775.00 | -$ 4,775.00 |
| 06-27-2024 | 100 | 105.49 | $ 10,549.00 | | | | | | - | 100 | 100 | $ 64.06 | $ 6,406.34 | $ 4,142.66 | $ 4,142.66 |
| 07-11-2024 | 500 | 111.295 | $ 55,647.50 | | | | | | - | 500 | 500 | $ 64.06 | $ 32,031.71 | $ 23,615.79 | $ 23,615.79 |
| 07-16-2024 | 300 | 120.0399 | $ 36,011.97 | 10-30-2024 | 300 | | $ 91.17 | $ 27,352.20 | - | - | - | $ 64.06 | | $ 8,659.77 | |
| 07-16-2024 | 400 | 120.0399 | $ 48,015.96 | | | | | | - | 400 | 400 | $ 64.06 | $ 25,625.37 | $ 22,390.59 | $ 22,390.59 |
| 07-31-2024 | 500 | 109.395 | $ 54,697.50 | 10-30-2024 | 500 | | $ 91.17 | $ 45,587.00 | - | - | - | $ 64.06 | | $ 9,110.50 | |
| 08-01-2024 | 200 | 107.98 | $ 21,596.00 | 10-30-2024 | 200 | | $ 91.17 | $ 18,234.80 | - | - | - | $ 64.06 | | $ 3,361.20 | |
| 09-25-2024 | 500 | 96.8 | $ 48,400.00 | 10-30-2024 | 500 | | $ 91.17 | $ 45,587.00 | - | - | - | $ 64.06 | | $ 2,813.00 | |
| 10-01-2024 | 200 | 96.03 | $ 19,206.00 | 10-18-2024 | 200 | | $ 98.00 | $ 19,600.00 | - | - | - | $ 64.06 | | -$ 394.00 | -$ 394.00 |
| 10-24-2024 | 500 | 94.72 | $ 47,360.00 | 10-30-2024 | 500 | | $ 91.17 | $ 45,587.00 | - | - | - | $ 64.06 | | $ 1,773.00 | |
| 10-24-2024 | 400 | 94.67 | $ 37,868.00 | 10-30-2024 | 400 | | $ 91.17 | $ 36,469.60 | - | - | - | $ 64.06 | | $ 1,398.40 | |
| 10-24-2024 | 100 | 95.03 | $ 9,503.00 | 10-30-2024 | 100 | | $ 91.17 | $ 9,117.40 | - | - | - | $ 64.06 | | $ 385.60 | |
| **Total:** | **7,300** | | **$745,263.78** | | **4,000** | | | **$375,035.00** | | **3,300** | **3,300** | | **$211,409.28** | **$158,819.50** | **$131,318.03** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

**Nelson Mangione**
**Transactions in Skyworks Solutions, Inc. - SWKS**
**Class Period: 08-08-2023 to 02-05-2025, inclusive**
Buy B), Sell S), Sell to Open SO), Buy to Open BO), Sell to Close SC), Buy to Close BC)

| | LIFO Losses/(Gain) Options | ($76,763.95) |
|---|---|---|
| | *Dura* LIFO Losses/(Gain)* Options | ($94,908.95) |

Options

| Account Number | Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|---|
| | 12/29/2023 | Sell to Open | -1 | SWKS 01/12/2024 110.00 C | 4.03 | ($403.00) |
| | 01/16/2024 as of 01/12/2024 | Expired | 1 | SWKS 01/12/2024 110.00 C | | $0.00 |
| | 12/20/2024 | Sell to Open | -10 | SWKS 01/17/2025 87.50 C | 4.45 | ($4,450.00) |
| | 1/16/2025 | Buy to Close | 10 | SWKS 01/17/2025 87.50 C | 4.4 | $4,400.00 |
| | 12/20/2024 | Sell to Open | -39 | SWKS 01/17/2025 90.00 C | 3.6 | ($14,040.00) |
| | 1/16/2025 | Buy to Close | 15 | SWKS 01/17/2025 90.00 C | 2.252 | $3,378.00 |
| | 1/16/2025 | Buy to Close | 15 | SWKS 01/17/2025 90.00 C | 2.21 | $3,315.00 |
| | 1/17/2025 | Buy to Close | 9 | SWKS 01/17/2025 90.00 C | 3.9 | $3,510.00 |
| | 1/12/2024 | Sell to Open | -5 | SWKS 01/26/2024 105.00 C | 1.06 | ($530.00) |
| | 1/24/2024 | Buy to Close | 5 | SWKS 01/26/2024 105.00 C | 3.9 | $1,950.00 |
| | 1/24/2024 | Sell to Open | -5 | SWKS 02/02/2024 105.00 C | 5.6 | ($2,800.00) |
| | 1/31/2024 | Buy to Close | 5 | SWKS 02/02/2024 105.00 C | 1.468 | $734.00 |
| | 1/19/2024 | Sell to Open | -1 | SWKS 02/02/2024 110.00 C | 1.92 | ($192.00) |
| | 1/19/2024 | Sell to Open | -4 | SWKS 02/02/2024 110.00 C | 1.95 | ($780.00) |
| | 02/05/2024 as of 02/02/2024 | Expired | 5 | SWKS 02/02/2024 110.00 C | | $0.00 |
| | 1/23/2024 | Sell to Open | -5 | SWKS 02/02/2024 115.00 C | 1.4 | ($700.00) |
| | 02/05/2024 as of 02/02/2024 | Expired | 5 | SWKS 02/02/2024 115.00 C | | $0.00 |
| | 1/31/2024 | Sell to Open | -5 | SWKS 02/16/2024 105.00 C | 2.818 | ($1,409.00) |
| | 2/14/2024 | Buy to Close | 5 | SWKS 02/16/2024 105.00 C | 1.15 | $575.00 |
| | 12/14/2023 | Sell to Open | -1 | SWKS 02/16/2024 120.00 C | 2.92 | ($292.00) |
| | 02/20/2024 as of 02/16/2024 | Expired | 1 | SWKS 02/16/2024 120.00 C | | $0.00 |
| | 8/9/2024 | Sell to Open | -2 | SWKS 02/21/2025 110.00 C | 7.73 | ($1,546.00) |
| | 2/21/2025 | assumed expired | 2 | SWKS 02/21/2025 110.00 C | | $0.00 |
| | 1/16/2025 | Sell to Open | -10 | SWKS 02/21/2025 90.00 C | 5.35 | ($5,350.00) |
| | 1/17/2025 | Sell to Open | -9 | SWKS 02/21/2025 90.00 C | 6.59 | ($5,931.00) |
| | 2/21/2025 | assumed expired | 19 | SWKS 02/21/2025 90.00 C | | $0.00 |
| | 1/16/2025 | Sell to Open | -15 | SWKS 02/21/2025 92.50 C | 4.1533 | ($6,229.95) |
| | 2/21/2025 | assumed expired | 15 | SWKS 02/21/2025 92.50 C | | $0.00 |
| | 1/16/2025 | Sell to Open | -15 | SWKS 02/21/2025 95.00 C | 3.01 | ($4,515.00) |
| | 2/21/2025 | assumed expired | 15 | SWKS 02/21/2025 95.00 C | | $0.00 |
| | 2/14/2024 | Sell to Open | -5 | SWKS 02/23/2024 105.00 C | 1.83 | ($915.00) |
| | 2/23/2024 | Buy to Close | 5 | SWKS 02/23/2024 105.00 C | 0.15 | $75.00 |
| | 2/23/2024 | Sell to Open | -5 | SWKS 03/08/2024 105.00 C | 1.95 | ($975.00) |
| | 3/6/2024 | Buy to Close | 5 | SWKS 03/08/2024 105.00 C | 2.164 | $1,082.00 |
| | 2/9/2024 | Sell to Open | -5 | SWKS 03/08/2024 110.00 C | 1.25 | ($625.00) |
| | 3/7/2024 | Buy to Close | 5 | SWKS 03/08/2024 110.00 C | 0.5 | $250.00 |
| | 2/8/2024 | Sell to Open | -5 | SWKS 03/08/2024 115.00 C | 0.3 | ($150.00) |
| | 03/11/2024 as of 03/08/2024 | Expired | 5 | SWKS 03/08/2024 115.00 C | | $0.00 |
| | 3/6/2024 | Sell to Open | -5 | SWKS 03/15/2024 105.00 C | 3.184 | ($1,592.00) |
| | 3/14/2024 | Buy to Close | 5 | SWKS 03/15/2024 105.00 C | 0.85 | $425.00 |
| | 3/7/2024 | Sell to Open | -5 | SWKS 03/15/2024 110.00 C | 1.43 | ($715.00) |
| | 03/18/2024 as of 03/15/2024 | Expired | 5 | SWKS 03/15/2024 110.00 C | | $0.00 |
| | 3/14/2024 | Sell to Open | -5 | SWKS 03/28/2024 105.00 C | 2.42 | ($1,210.00) |
| | 3/27/2024 | Buy to Close | 5 | SWKS 03/28/2024 105.00 C | 0.856 | $428.00 |
| | 3/27/2024 | Sell to Open | -5 | SWKS 04/05/2024 105.00 C | 1.926 | ($963.00) |
| | 4/4/2024 | Buy to Close | 5 | SWKS 04/05/2024 105.00 C | 0.99 | $495.00 |
| | 3/20/2024 | Sell to Open | -5 | SWKS 04/05/2024 110.00 C | 1.1 | ($550.00) |
| | 04/08/2024 as of 04/05/2024 | Expired | 5 | SWKS 04/05/2024 110.00 C | | $0.00 |
| | 4/4/2024 | Sell to Open | -5 | SWKS 04/12/2024 105.00 C | 2.17 | ($1,085.00) |
| | 4/11/2024 | Buy to Close | 5 | SWKS 04/12/2024 105.00 C | 0.16 | $80.00 |
| | 3/28/2024 | Sell to Open | -5 | SWKS 04/12/2024 115.00 C | 0.6 | ($300.00) |
| | 04/15/2024 as of 04/12/2024 | Expired | 5 | SWKS 04/12/2024 115.00 C | | $0.00 |
| | 4/11/2024 | Sell to Open | -5 | SWKS 04/19/2024 105.00 C | 1.11 | ($555.00) |
| | 04/22/2024 as of 04/19/2024 | Expired | 5 | SWKS 04/19/2024 105.00 C | | $0.00 |
| | 4/9/2024 | Sell to Open | -5 | SWKS 04/19/2024 110.00 C | 0.95 | ($475.00) |
| | 04/22/2024 as of 04/19/2024 | Expired | 5 | SWKS 04/19/2024 110.00 C | | $0.00 |
| | 4/24/2024 | Sell to Open | -5 | SWKS 05/03/2024 105.00 C | 2.136 | ($1,068.00) |
| | 05/06/2024 as of 05/03/2024 | Expired | 5 | SWKS 05/03/2024 105.00 C | | $0.00 |
| | 4/29/2024 | Sell to Open | -5 | SWKS 05/03/2024 110.00 C | 1.66 | ($830.00) |
| | 05/06/2024 as of 05/03/2024 | Expired | 5 | SWKS 05/03/2024 110.00 C | | $0.00 |
| | 4/29/2024 | Sell to Open | -5 | SWKS 05/03/2024 115.00 C | 0.61 | ($305.00) |
| | 05/06/2024 as of 05/03/2024 | Expired | 5 | SWKS 05/03/2024 115.00 C | | $0.00 |
| | 5/1/2024 | Sell to Open | -3 | SWKS 05/03/2024 94.00 C | 1.12 | ($336.00) |
| | 05/06/2024 as of 05/03/2024 | Expired | 3 | SWKS 05/03/2024 94.00 C | | $0.00 |
| | 5/1/2024 | Sell to Open | -3 | SWKS 05/03/2024 95.00 C | 0.85 | ($255.00) |

| Date | Action | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 05/06/2024 as of 05/03/2024 | Expired | 3 | SWKS 05/03/2024 95.00 C | | $0.00 |
| 5/3/2024 | Sell to Open | -5 | SWKS 05/10/2024 95.00 C | 0.64 | ($320.00) |
| 05/13/2024 as of 05/10/2024 | Expired | 5 | SWKS 05/10/2024 95.00 C | | $0.00 |
| 12/8/2023 | Sell to Open | -1 | SWKS 05/17/2024 100.00 C | 11.62 | ($1,162.00) |
| 4/11/2024 | Sell to Open | -4 | SWKS 05/17/2024 100.00 C | 6.08 | ($2,432.00) |
| 05/20/2024 as of 05/17/2024 | Expired | 5 | SWKS 05/17/2024 100.00 C | | $0.00 |
| 12/14/2023 | Sell to Open | -1 | SWKS 05/17/2024 130.00 C | 2.95 | ($295.00) |
| 05/20/2024 as of 05/17/2024 | Expired | 1 | SWKS 05/17/2024 130.00 C | | $0.00 |
| 12/15/2023 | Sell to Open | -2 | SWKS 05/17/2024 90.00 C | 25.83 | ($5,166.00) |
| 5/8/2024 | Buy to Close | 2 | SWKS 05/17/2024 90.00 C | 3.04 | $608.00 |
| 5/8/2024 | Sell to Open | -5 | SWKS 05/24/2024 95.00 C | 0.9 | ($450.00) |
| 5/17/2024 | Sell to Open | -15 | SWKS 05/24/2024 95.00 C | 0.42 | ($630.00) |
| 05/28/2024 as of 05/24/2024 | Expired | 20 | SWKS 05/24/2024 95.00 C | | $0.00 |
| 5/28/2024 | Sell to Open | -5 | SWKS 05/31/2024 95.00 C | 0.25 | ($125.00) |
| 06/03/2024 as of 05/31/2024 | Expired | 5 | SWKS 05/31/2024 95.00 C | | $0.00 |
| 5/29/2024 | Sell to Open | -5 | SWKS 06/07/2024 92.00 C | 0.97 | ($485.00) |
| 6/5/2024 | Buy to Close | 5 | SWKS 06/07/2024 92.00 C | 0.6 | $300.00 |
| 6/12/2024 | Sell to Open | -5 | SWKS 06/14/2024 100.00 C | 1 | ($500.00) |
| 06/17/2024 as of 06/14/2024 | Assigned | 5 | SWKS 06/14/2024 100.00 C | | $0.00 |
| 6/5/2024 | Sell to Open | -5 | SWKS 06/14/2024 92.00 C | 1.52 | ($760.00) |
| 06/17/2024 as of 06/14/2024 | Assigned | 5 | SWKS 06/14/2024 92.00 C | | $0.00 |
| 5/31/2024 | Sell to Open | -5 | SWKS 06/14/2024 95.00 C | 0.75 | ($375.00) |
| 6/14/2024 | Buy to Close | 5 | SWKS 06/14/2024 95.00 C | 10.382 | $5,191.00 |
| 12/27/2023 | Sell to Open | -1 | SWKS 06/21/2024 105.00 C | 15.32 | ($1,532.00) |
| 6/12/2024 | Sell to Open | -2 | SWKS 06/21/2024 105.00 C | 1.21 | ($242.00) |
| 06/24/2024 as of 06/21/2024 | Assigned | 3 | SWKS 06/21/2024 105.00 C | | $0.00 |
| 12/14/2023 | Sell to Open | -10 | SWKS 06/21/2024 150.00 C | 0.9 | ($900.00) |
| 06/24/2024 as of 06/21/2024 | Expired | 10 | SWKS 06/21/2024 150.00 C | | $0.00 |
| 6/13/2024 | Sell to Open | -1 | SWKS 06/28/2024 110.00 C | 1.31 | ($131.00) |
| 07/01/2024 as of 06/28/2024 | Expired | 1 | SWKS 06/28/2024 110.00 C | | $0.00 |
| 6/27/2024 | Sell to Open | -1 | SWKS 07/05/2024 106.00 C | 1.36 | ($136.00) |
| 7/5/2024 | Buy to Close | 1 | SWKS 07/05/2024 106.00 C | 0.1 | $10.00 |
| 7/5/2024 | Sell to Open | -1 | SWKS 07/12/2024 106.00 C | 1.35 | ($135.00) |
| 7/12/2024 | Buy to Close | 1 | SWKS 07/12/2024 106.00 C | 6.97 | $697.00 |
| 6/28/2024 | Sell to Open | -1 | SWKS 07/12/2024 110.00 C | 1.1 | ($110.00) |
| 7/11/2024 | Buy to Close | 1 | SWKS 07/12/2024 110.00 C | 0.87 | $87.00 |
| 7/11/2024 | Sell to Open | -1 | SWKS 07/19/2024 110.00 C | 2.02 | ($202.00) |
| 7/19/2024 | Buy to Close | 1 | SWKS 07/19/2024 110.00 C | 5.5 | $550.00 |
| 7/8/2024 | Sell to Open | -10 | SWKS 07/26/2024 115.00 C | 0.55 | ($550.00) |
| 7/12/2024 | Buy to Close | 5 | SWKS 07/26/2024 115.00 C | 1.896 | $948.00 |
| 7/24/2024 | Buy to Close | 5 | SWKS 07/26/2024 115.00 C | 1.75 | $875.00 |
| 7/19/2024 | Sell to Open | -1 | SWKS 08/02/2024 110.00 C | 7.9 | ($790.00) |
| 08/05/2024 as of 08/02/2024 | Expired | 1 | SWKS 08/02/2024 110.00 C | | $0.00 |
| 7/24/2024 | Sell to Open | -5 | SWKS 08/02/2024 115.00 C | 4.45 | ($2,225.00) |
| 08/05/2024 as of 08/02/2024 | Expired | 5 | SWKS 08/02/2024 115.00 C | | $0.00 |
| 7/15/2024 | Sell to Open | -7 | SWKS 08/02/2024 125.00 C | 1.6 | ($1,120.00) |
| 08/05/2024 as of 08/02/2024 | Expired | 7 | SWKS 08/02/2024 125.00 C | | $0.00 |
| 7/16/2024 | Sell to Open | -7 | SWKS 08/09/2024 130.00 C | 1.93 | ($1,351.00) |
| 08/12/2024 as of 08/09/2024 | Expired | 7 | SWKS 08/09/2024 130.00 C | | $0.00 |
| 8/8/2024 | Sell to Open | -5 | SWKS 08/16/2024 105.00 C | 1.09 | ($545.00) |
| 8/16/2024 | Buy to Close | 5 | SWKS 08/16/2024 105.00 C | 2.39 | $1,195.00 |
| 7/12/2024 | Sell to Open | -5 | SWKS 08/16/2024 120.00 C | 2.554 | ($1,277.00) |
| 08/19/2024 as of 08/16/2024 | Expired | 5 | SWKS 08/16/2024 120.00 C | | $0.00 |
| 6/17/2024 | Sell to Open | -20 | SWKS 08/16/2024 130.00 C | 0.75 | ($1,500.00) |
| 08/19/2024 as of 08/16/2024 | Expired | 20 | SWKS 08/16/2024 130.00 C | | $0.00 |
| 5/8/2024 | Sell to Open | -2 | SWKS 08/16/2024 95.00 C | 4.86 | ($972.00) |
| 8/9/2024 | Buy to Close | 2 | SWKS 08/16/2024 95.00 C | 7.48 | $1,496.00 |
| 8/14/2023 | Sell to Open | -1 | SWKS 08/18/2023 108.00 C | 1.5 | ($150.00) |
| 08/21/2023 as of 08/18/2023 | Expired | 1 | SWKS 08/18/2023 108.00 C | | $0.00 |
| 8/17/2023 | Sell to Open | -1 | SWKS 08/25/2023 106.00 C | 1.23 | ($123.00) |
| 08/28/2023 as of 08/25/2023 | Expired | 1 | SWKS 08/25/2023 106.00 C | | $0.00 |
| 8/16/2024 | Sell to Open | -5 | SWKS 08/30/2024 105.00 C | 3.64 | ($1,820.00) |
| 8/28/2024 | Buy to Close | 5 | SWKS 08/30/2024 105.00 C | 1.85 | $925.00 |
| 7/12/2024 | Sell to Open | -1 | SWKS 08/30/2024 110.00 C | 7.42 | ($742.00) |
| 8/13/2024 | Sell to Open | -4 | SWKS 08/30/2024 110.00 C | 0.8 | ($320.00) |
| 8/29/2024 | Buy to Close | 5 | SWKS 08/30/2024 110.00 C | 0.822 | $411.00 |
| 8/25/2023 | Sell to Open | -1 | SWKS 09/01/2023 106.00 C | 1.15 | ($115.00) |
| 9/1/2023 | Buy to Close | 1 | SWKS 09/01/2023 106.00 C | 3.18 | $318.00 |
| 8/21/2023 | Sell to Open | -1 | SWKS 09/01/2023 109.00 C | 1.3 | ($130.00) |
| 8/31/2023 | Buy to Close | 1 | SWKS 09/01/2023 109.00 C | 0.72 | $72.00 |

| Date | Action | Qty | Description | Price | Amount |
|---|---|---|---|---|---|
| 8/28/2024 | Sell to Open | -5 | SWKS 09/06/2024 105.00 C | 2.8 | ($1,400.00) |
| 09/09/2024 as of 09/06/2024 | Expired | 5 | SWKS 09/06/2024 105.00 C | | $0.00 |
| 8/29/2024 | Sell to Open | -5 | SWKS 09/06/2024 110.00 C | 1.75 | ($875.00) |
| 09/09/2024 as of 09/06/2024 | Expired | 5 | SWKS 09/06/2024 110.00 C | | $0.00 |
| 8/7/2024 | Sell to Open | -15 | SWKS 09/13/2024 115.00 C | 0.7 | ($1,050.00) |
| 09/16/2024 as of 09/13/2024 | Expired | 15 | SWKS 09/13/2024 115.00 C | | $0.00 |
| 8/31/2023 | Sell to Open | -1 | SWKS 09/15/2023 109.00 C | 2.27 | ($227.00) |
| 09/18/2023 as of 09/15/2023 | Expired | 1 | SWKS 09/15/2023 109.00 C | | $0.00 |
| 9/11/2024 | Sell to Open | -5 | SWKS 09/20/2024 105.00 C | 0.8 | ($400.00) |
| 9/19/2024 | Buy to Close | 5 | SWKS 09/20/2024 105.00 C | 0.06 | $30.00 |
| 8/15/2024 | Sell to Open | -4 | SWKS 09/20/2024 120.00 C | 0.63 | ($252.00) |
| 09/23/2024 as of 09/20/2024 | Expired | 4 | SWKS 09/20/2024 120.00 C | | $0.00 |
| 9/11/2024 | Sell to Open | -5 | SWKS 09/27/2024 110.00 C | 0.4 | ($200.00) |
| 09/30/2024 as of 09/27/2024 | Expired | 5 | SWKS 09/27/2024 110.00 C | | $0.00 |
| 9/15/2023 | Sell to Open | -1 | SWKS 09/29/2023 100.00 C | 1.6 | ($160.00) |
| 10/02/2023 as of 09/29/2023 | Expired | 1 | SWKS 09/29/2023 100.00 C | | $0.00 |
| 9/25/2024 | Sell to Open | -5 | SWKS 10/04/2024 100.00 C | 0.9 | ($450.00) |
| 10/4/2024 | Buy to Close | 5 | SWKS 10/04/2024 100.00 C | 0.14 | $70.00 |
| 9/19/2024 | Sell to Open | -5 | SWKS 10/04/2024 105.00 C | 0.74 | ($370.00) |
| 10/4/2024 | Buy to Close | 5 | SWKS 10/04/2024 105.00 C | 0.08 | $40.00 |
| 9/28/2023 | Sell to Open | -1 | SWKS 10/13/2023 99.00 C | 1.48 | ($148.00) |
| 10/16/2023 as of 10/13/2023 | Expired | 1 | SWKS 10/13/2023 99.00 C | | $0.00 |
| 10/4/2024 | Sell to Open | -5 | SWKS 10/18/2024 100.00 C | 1.99 | ($995.00) |
| 10/21/2024 as of 10/18/2024 | Expired | 5 | SWKS 10/18/2024 100.00 C | | $0.00 |
| 10/4/2024 | Sell to Open | -5 | SWKS 10/18/2024 105.00 C | 0.63 | ($315.00) |
| 10/21/2024 as of 10/18/2024 | Expired | 5 | SWKS 10/18/2024 105.00 C | | $0.00 |
| 8/21/2024 | Sell to Open | -20 | SWKS 10/18/2024 120.00 C | 1.5 | ($3,000.00) |
| 10/21/2024 as of 10/18/2024 | Expired | 20 | SWKS 10/18/2024 120.00 C | | $0.00 |
| 10/2/2024 | Sell to Open | -1 | SWKS 10/18/2024 98.00 C | 2.77 | ($277.00) |
| 10/4/2024 | Sell to Open | -1 | SWKS 10/18/2024 98.00 C | 2.48 | ($248.00) |
| 10/21/2024 as of 10/18/2024 | Assigned | 2 | SWKS 10/18/2024 98.00 C | | $0.00 |
| 9/1/2023 | Sell to Open | -1 | SWKS 10/20/2023 110.00 C | 4.08 | ($408.00) |
| 10/23/2023 as of 10/20/2023 | Expired | 1 | SWKS 10/20/2023 110.00 C | | $0.00 |
| 10/16/2023 | Sell to Open | -1 | SWKS 10/27/2023 97.00 C | 1.48 | ($148.00) |
| 10/30/2023 as of 10/27/2023 | Expired | 1 | SWKS 10/27/2023 97.00 C | | $0.00 |
| 10/24/2024 | Sell to Open | -5 | SWKS 11/01/2024 96.00 C | 1.58 | ($790.00) |
| 11/1/2024 | Buy to Close | 5 | SWKS 11/01/2024 96.00 C | 0.06 | $30.00 |
| 10/24/2024 | Sell to Open | -1 | SWKS 11/01/2024 98.00 C | 0.99 | ($99.00) |
| 10/24/2024 | Sell to Open | -4 | SWKS 11/01/2024 98.00 C | 0.86 | ($344.00) |
| 11/1/2024 | Buy to Close | 5 | SWKS 11/01/2024 98.00 C | 0.03 | $15.00 |
| 10/24/2023 | Sell to Open | -1 | SWKS 11/03/2023 93.00 C | 2.25 | ($225.00) |
| 11/06/2023 as of 11/03/2023 | Expired | 1 | SWKS 11/03/2023 93.00 C | | $0.00 |
| 10/29/2024 | Sell to Open | -5 | SWKS 11/08/2024 101.00 C | 1.2 | ($600.00) |
| 11/11/2024 as of 11/08/2024 | Expired | 5 | SWKS 11/08/2024 101.00 C | | $0.00 |
| 10/28/2024 | Sell to Open | -5 | SWKS 11/08/2024 99.00 C | 1.75 | ($875.00) |
| 11/11/2024 as of 11/08/2024 | Expired | 5 | SWKS 11/08/2024 99.00 C | | $0.00 |
| 10/31/2023 | Sell to Open | -1 | SWKS 11/10/2023 90.00 C | 1.43 | ($143.00) |
| 11/10/2023 | Buy to Close | 1 | SWKS 11/10/2023 90.00 C | 0.14 | $14.00 |
| 6/14/2024 | Sell to Open | -5 | SWKS 11/15/2024 100.00 C | 12.758 | ($6,379.00) |
| 11/18/2024 as of 11/15/2024 | Expired | 5 | SWKS 11/15/2024 100.00 C | | $0.00 |
| 9/17/2024 | Sell to Open | -15 | SWKS 11/15/2024 115.00 C | 1.42 | ($2,130.00) |
| 11/18/2024 as of 11/15/2024 | Expired | 15 | SWKS 11/15/2024 115.00 C | | $0.00 |
| 9/23/2024 | Sell to Open | -4 | SWKS 11/15/2024 120.00 C | 0.6 | ($240.00) |
| 11/18/2024 as of 11/15/2024 | Expired | 4 | SWKS 11/15/2024 120.00 C | | $0.00 |
| 8/23/2024 | Sell to Open | -5 | SWKS 11/15/2024 125.00 C | 2.05 | ($1,025.00) |
| 11/18/2024 as of 11/15/2024 | Expired | 5 | SWKS 11/15/2024 125.00 C | | $0.00 |
| 11/1/2024 | Sell to Open | -5 | SWKS 11/15/2024 95.00 C | 2.01 | ($1,005.00) |
| 11/1/2024 | Sell to Open | -5 | SWKS 11/15/2024 95.00 C | 1.97 | ($985.00) |
| 11/18/2024 as of 11/15/2024 | Expired | 10 | SWKS 11/15/2024 95.00 C | | $0.00 |
| 8/28/2023 | Sell to Open | -5 | SWKS 11/17/2023 120.00 C | 1.74 | ($870.00) |
| 11/20/2023 as of 11/17/2023 | Expired | 5 | SWKS 11/17/2023 120.00 C | | $0.00 |
| 8/31/2023 | Sell to Open | -10 | SWKS 11/17/2023 130.00 C | 0.75 | ($750.00) |
| 11/20/2023 as of 11/17/2023 | Expired | 10 | SWKS 11/17/2023 130.00 C | | $0.00 |
| 11/10/2023 | Sell to Open | -1 | SWKS 11/17/2023 90.00 C | 1.25 | ($125.00) |
| 11/17/2023 | Buy to Close | 1 | SWKS 11/17/2023 90.00 C | 3.17 | $317.00 |
| 11/10/2023 | Sell to Open | -1 | SWKS 11/24/2023 89.00 C | 0.98 | ($98.00) |
| 11/17/2023 | Buy to Close | 1 | SWKS 11/24/2023 89.00 C | 4.65 | $465.00 |
| 11/18/2024 | Sell to Open | -39 | SWKS 11/29/2024 87.00 C | 0.85 | ($3,315.00) |
| 11/29/2024 | Buy to Close | 39 | SWKS 11/29/2024 87.00 C | 0.77 | $3,003.00 |
| 11/7/2023 | Sell to Open | -1 | SWKS 12/08/2023 95.00 C | 1.05 | ($105.00) |

| 12/8/2023 | Buy to Close | 1 | SWKS 12/08/2023 95.00 C | 9.47 | $947.00 |
|-----------|--------------|-----|--------------------------|--------|---------|
| 11/17/2023 | Sell to Open | -1 | SWKS 12/15/2023 90.00 C | 4.42 | ($442.00) |
| 11/17/2023 | Sell to Open | -1 | SWKS 12/15/2023 90.00 C | 4.75 | ($475.00) |
| 12/15/2023 | Buy to Close | 2 | SWKS 12/15/2023 90.00 C | 23.265 | $4,653.00 |
| 11/13/2024 | Sell to Open | -10 | SWKS 12/20/2024 85.00 C | 2.55 | ($2,550.00) |
| 12/20/2024 | Buy to Close | 10 | SWKS 12/20/2024 85.00 C | 4.05 | $4,050.00 |
| 11/29/2024 | Sell to Open | -39 | SWKS 12/20/2024 87.50 C | 2.47 | ($9,633.00) |
| 12/20/2024 | Buy to Close | 39 | SWKS 12/20/2024 87.50 C | 2.5 | $9,750.00 |
| 11/15/2023 | Sell to Open | -1 | SWKS 12/29/2023 100.00 C | 1.06 | ($106.00) |
| 12/27/2023 | Buy to Close | 1 | SWKS 12/29/2023 100.00 C | 14.07 | $1,407.00 |
| 12/11/2023 | Sell to Open | -1 | SWKS 12/29/2023 110.00 C | 1.01 | ($101.00) |
| 12/29/2023 | Buy to Close | 1 | SWKS 12/29/2023 110.00 C | 2.88 | $288.00 |

Case 8:25-cv-00411-DOC-JDE    Document 29-2    Filed 05/05/25    Page 6 of 6   Page ID
#:190