# EXHIBIT D

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
aapton@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290

*Attorneys for Nelson Mangione*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR NUNEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, and KRIS SENNESAEL,<br><br>Defendants. | No.: 8:25-cv-00411-DOC-JDE<br><br>**DECLARATION OF NELSON MANGIONE IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br>Judge: Hon. David O. Carter<br>Date: June 2, 2025<br>Time: 8:30 a.m.<br>Courtroom #10A |
| VLADIMIR TSVETKOV, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, and KRIS SENNESAEL,<br><br>Defendants. | No.: 8:25-cv-00863-JAK-ADS<br><br>Judge: Hon. John A. Kronstadt |

I, Nelson Mangione, pursuant to 28 U.S.C. § 1746, declare as follow:

1.      I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class actions (the "Actions") against Skyworks Solutions, Inc. ("Skyworks" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      I currently reside in Brentwood, Tennessee. I possess a Doctor of Medicine (MD) degree in cardiology. I am currently employed as a medical director at HCSC. I have been investing in securities for thirty years.

3.      I am both capable and qualified to serve as the lead plaintiff in the Actions. By virtue of my significant financial interest in the resolution of the Actions, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4.      Prior to seeking appointment as lead plaintiff in the Actions, I communicated with Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Actions would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and act in the best interests of the Class throughout the litigation.

5.      I understand that I was not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead

plaintiff appointment than remain an absent class member.

6.    After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I signed a retainer agreement with Levi & Korsinsky, LLP, and authorized the firm to file a lead plaintiff motion on my behalf. I understand that my counsel is submitting this declaration along with a timely application for appointment as lead plaintiff on my behalf.

I declare under penalty of perjury that the foregoing is true and correct. Executed on:

Date: 5/2/2025

Signed:

Name: Nelson Mangione