ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
JENNIFER N. CARINGAL (286197)
MICHAEL ALBERT (301120)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CESAR NUNEZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SKYWORKS SOLUTIONS, INC., et al., <br><br> Defendants. | Case No. 8:25-cv-00411-DOC-JDE <br><br> NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL <br><br> DATE:  June 2, 2025 <br> TIME:  8:30 a.m. <br> CTRM:  10A <br> JUDGE:  Hon. David O. Carter |

4930-9352-3519

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Monday, June 2, 2025, at 8:30 a.m., or as soon thereafter as the matter may be heard by the Honorable David O. Carter, Courtroom 10A, 411 West Fourth Street, Santa Ana, California 92701, Genesee County Employees' Retirement System, Charter Township of Clinton Police and Fire Retirement System, and Clinton Township Retiree Health Care Trust (collectively, the "Michigan Pension Funds") will and hereby do move this Court for an order pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B): (i) consolidating the two related securities class actions *Nunez v. Skyworks Solutions, Inc.*, No. 8:25-cv-00411 (C.D. Cal. filed Mar. 4, 2025); and *Tsvetkov v. Skyworks Solutions, Inc.*, No. 8:25-cv-00863 (C.D. Cal. filed Apr. 25, 2025); (ii) appointing the Michigan Pension Funds as Lead Plaintiff; and (iii) approving their selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel.[1]  In support of this Motion, the Michigan Pension Funds submit the accompanying Memorandum of Law, the Declaration of Kenneth P. Dolitsky, and a [Proposed] Order.

DATED:  May 5, 2025

ROBBINS GELLER RUDMAN
 & DOWD LLP
DANIELLE S. MYERS
JENNIFER N. CARINGAL
MICHAEL ALBERT
KENNETH P. DOLITSKY

s/ Kenneth P. Dolitsky
KENNETH P. DOLITSKY

---

[1]   Because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), the Michigan Pension Funds cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on May 5, 2025. Accordingly, the Michigan Pension Funds' counsel respectfully requests that compliance with the meet-and-confer requirements of Local Rule 7-3 be waived due to the fact that the Michigan Pension Funds cannot confer with unknown movants.

- 1 -

4930-9352-3519

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead
Plaintiff

VANOVERBEKE, MICHAUD &
TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel

- 2 -

4930-9352-3519