UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CESAR NUNEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>   vs.<br><br>SKYWORKS SOLUTIONS, INC., et al.,<br><br>                 Defendants. | Case No. 8:25-cv-00411-DOC-JDE<br><br>[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

4916-9203-6415

Having considered Genesee County Employees' Retirement System, Charter Township of Clinton Police and Fire Retirement System, and Clinton Township Retiree Health Care Trust's (collectively, the "Michigan Pension Funds") Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Nunez v. Skyworks Solutions, Inc.*, No. 8:25-cv-00411 and *Tsvetkov v. Skyworks Solutions, Inc.*, No. 8:25-cv-00863 are hereby consolidated as:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SKYWORKS SOLUTIONS, INC. SECURITIES LITIGATION ) ) ) | Case No. 8:25-cv-00411 |
| ) | CLASS ACTION |
| This Document Relates To: ) ) | |
|      ALL ACTIONS. ) ) ) | |

(a)    The file in Case No. 8:25-cv-00411 shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other actions. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)    All securities class actions arising out of substantially similar facts and claims on behalf of purchasers of Skyworks Solutions, Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this

- 1 -

action.  The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

(c)     This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

3.     Pursuant to 15 U.S.C. §78u-4(a)(3)(B), the Michigan Pension Funds are appointed Lead Plaintiff for the class; and

4.     Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Lead Plaintiff's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is approved.  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class: the briefing and argument of any and all motions; the conduct of any and all discovery proceedings including depositions; settlement negotiations; the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; the preparation and filing of all pleadings; and the supervision of all other matters concerning the prosecution or resolution of the action.

IT IS SO ORDERED.

DATED:  _____          _____
                                   HONORABLE DAVID O. CARTER
                                   UNITED STATES DISTRICT JUDGE

- 2 -

4916-9203-6415