ROBBINS GELLER RUDMAN
   & DOWD LLP
DANIELLE S. MYERS (259916)
JENNIFER N. CARINGAL (286197)
MICHAEL ALBERT (301120)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CESAR NUNEZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SKYWORKS SOLUTIONS, INC., et al., <br><br> Defendants. | Case No. 8:25-cv-00411-DOC-JDE <br><br> DECLARATION OF KENNETH P. DOLITSKY IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL <br><br> DATE:      June 2, 2025 <br> TIME:      8:30 a.m. <br> CTRM:     10A <br> JUDGE:    Hon. David O. Carter |

4906-3015-6351

I, Kenneth P. Dolitsky, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am associated with the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Genesee County Employees' Retirement System, Charter Township of Clinton Police and Fire Retirement System, and Clinton Township Retiree Health Care Trust (collectively, the "Michigan Pension Funds") and proposed lead counsel for the class in the above-captioned action.  I make this declaration in support of the Michigan Pension Funds' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:   Notice of pendency of first-filed class action published in *Globe Newswire*, a widely circulated national business-oriented publication or wire service, on March 4, 2025;

Exhibit B:   The Michigan Pension Funds' sworn Certifications;

Exhibit C:   The Michigan Pension Funds' estimated loss, prepared by counsel; and

Exhibit D:   The Michigan Pension Funds' Joint Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of May, 2025.

s/ Kenneth P. Dolitsky
KENNETH P. DOLITSKY

- 1 -

4906-3015-6351