# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date* | Shares Disposed | Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **Genesee County Employees' Retirement System** | 08/22/2023 | 3,866 | $106.13 | $410,288.92 | 03/06/2025 | 5,978 | $66.49 | $397,463.47 | |
| | 06/11/2024 | 1,092 | $95.72 | $104,527.22 | | | | | |
| | 06/12/2024 | 1,020 | $100.51 | $102,516.02 | | | | | |
| | | **5,978** | | **$617,332.16** | | **5,978** | | **$397,463.47** | **($219,868.69)** |
| **Charter Township of Clinton Police and Fire Retirement System** | 02/14/2024 | 3,219 | $105.48 | $339,534.00 | 03/01/2024 | 67 | $106.00 | $7,102.00 | |
| | 06/11/2024 | 506 | $95.72 | $48,434.78 | 03/26/2024 | 42 | $105.11 | $4,414.62 | |
| | 06/12/2024 | 472 | $100.51 | $47,438.78 | 04/29/2024 | 200 | $107.37 | $21,474.50 | |
| | | | | | 05/28/2024 | 33 | $92.70 | $3,059.10 | |
| | | | | | 03/06/2025 | 3,855 | $66.49 | $256,310.08 | |
| | | **4,197** | | **$435,407.56** | | **4,197** | | **$292,360.30** | **($143,047.26)** |
| **Clinton Township Retiree Health Care Trust** | 06/11/2024 | 451 | $95.72 | $43,170.13 | 03/06/2025 | 873 | $66.49 | $58,043.76 | |
| | 06/12/2024 | 422 | $100.51 | $42,413.49 | | | | | |
| | | **873** | | **$85,583.62** | | **873** | | **$58,043.76** | **($27,539.85)** |
| **Movants' Total** | | **11,048** | | **$1,138,323.34** | | **11,048** | | **$747,867.54** | ***($390,455.80)*** |

*For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Prices listed are rounded up to two decimal places.

Exhibit C
010