# EXHIBIT D

**JOINT DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION**

We, the undersigned, pursuant to 28 U.S.C. §1746, declare as follows:

1.      We respectfully submit this Joint Declaration in support of the motion of Genesee County Employees' Retirement System ("Genesee"), Charter Township of Clinton Police and Fire Retirement System ("Clinton P&F"), and Clinton Township Retiree Health Care Trust ("Clinton Health") (collectively, the "Michigan Pension Funds"), pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for appointment as Lead Plaintiff in the pending securities class actions on behalf of investors in securities of Skyworks Solutions, Inc. ("Skyworks") and approval of the Michigan Pension Funds' selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel.

2.      I, Amy Goldyn, am the Chairperson of Genesee and am authorized to make this Declaration on its behalf.  Genesee is a public employee retirement system with more than $400 million in assets under management operated for the benefit of thousands of participants, pensioners, and beneficiaries.  As reflected in its Certification, Genesee purchased Skyworks securities during the Class Period and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action.

3.      I, Charles Champagne, am the Chairperson of Clinton P&F and Clinton Health and am authorized to make this Declaration on their behalves.  Clinton P&F

- 1 -

is a public employee retirement system with more than $100 million in assets under management operated for the benefit of hundreds of participants, beneficiaries, and retirees.  Clinton Health is a public employee retirement system with approximately $100 million in assets under management operated for the benefit of hundreds of participants, beneficiaries, and retirees.  As reflected in their Certifications, Clinton P&F and Clinton Health purchased Skyworks securities during the Class Period and suffered substantial losses as a result of the alleged violations of the federal securities laws in this action.

4.      We are informed of and understand the requirements and duties imposed by the PSLRA.  We each have personal knowledge about the information in this Joint Declaration relating to our own actions and the movant with which we are individually associated.

5.      In light of their significant financial interests in the relief sought by the class, the Michigan Pension Funds believe that the securities class action claims against Skyworks should be led by dedicated and sophisticated institutional investors that are committed to maximizing the recovery for all harmed investors.  The Michigan Pension Funds are experienced institutional investors with pre-existing relationships and affiliations that suffered substantial losses in their investments in Skyworks securities and thus have a common interest in seeking to recover their losses and those of the other class members through this litigation.

- 2 -

4920-2731-8847

6.    The Michigan Pension Funds' decision to seek appointment as lead plaintiff together was informed by a variety of factors, including the fact that they are Michigan-based city and county retirement systems in very close proximity to one another, our representatives regularly interact with one another on matters related to Michigan pension funds (including through our membership, along with other Michigan pension funds, in the Michigan Association of Public Employee Retirement Systems, or MAPERS), and our many shared advisors (including our outside counsel and investment managers).  We, the undersigned, also have pre-existing relationships with one another as a result of our roles at our respective funds.

7.    Before filing our motion, we participated in a joint conference call wherein we discussed the merits of this action, the status of the proceedings, the responsibilities of a lead plaintiff appointed pursuant to the PSLRA, the Michigan Pension Funds' ability to work together and to jointly fill the lead plaintiff role, and efforts to facilitate future communication and collaboration.

8.    During our conference call, we discussed our ability to effectively collaborate with one another and our intent to efficiently and diligently oversee this litigation for the benefit of the class of Skyworks investors.  Based on our communications to date, we do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect

- 3 -

4920-2731-8847

to all litigation decisions, and to that end will consult with our counsel as we deem necessary to fulfill our fiduciary obligations to the class.

9.      The Michigan Pension Funds understand and appreciate the lead plaintiff's obligation under the PSLRA to select qualified and experienced lead counsel and to monitor this action to ensure it is prosecuted efficiently.  Here, the Michigan Pension Funds have fulfilled this responsibility by selecting lead counsel with a proven history of handling this type of complex litigation.  In this case, the Michigan Pension Funds selected Robbins Geller to serve as Lead Counsel.  Based on the Michigan Pension Funds' work with Robbins Geller in prior litigation, as well as the Firm's experience in achieving substantial recoveries in securities cases, the Michigan Pension Funds believe that Robbins Geller is well-qualified to jointly represent them as lead plaintiff and the class.

10.     Robbins Geller has been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the investor class. The Michigan Pension Funds will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the class of investors by, among other things, having personnel of Genesee, Clinton P&F, and Clinton Health review pleadings, monitor the litigation and significant developments, instruct counsel, attend hearings as warranted, and oversee any future resolution-oriented discussions

- 4 -

4920-2731-8847

Exhibit D
014

or negotiations.  As our Certifications attest, we will participate in discovery and trial as necessary.

11.    Based on the prior collaborative efforts of our respective funds, we believe our service as lead plaintiff, if approved by the Court, and oversight of Robbins Geller will result in an optimal recovery for the putative class.  And, as we have already done, we will continue to communicate with each other and provide guidance, insight, and direction to Robbins Geller on major litigation events.

I, Amy Goldyn, declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th day of May, 2025.

DocuSigned by:

*Amy Goldyn*

D7E92ECA8927414...

(signature)
Amy Goldyn, Chairperson
Genesee County Employees' Retirement System

I, Charles Champagne, declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th day of May, 2025.

Signed by:

*Charles Champagne*

F23F8D9011B248E...

(signature)
Charles Champagne
Chairperson
Charter Township of Clinton Police and Fire Retirement System and Clinton Township Retiree Health Care Trust

- 5 -

4920-2731-8847

Exhibit D
015