**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:    (310) 819-3481

*Counsel for Proposed Lead Plaintiff*
*Louisiana Sheriffs' Pension & Relief Fund*

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| CESAR NUNEZ, Individually and on Behalf of All Others Similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, AND KRIS SENNESAEL,<br><br>Defendants. | Case No. 8:25-cv-00411-DOC-JDE<br><br>**NOTICE OF MOTION AND MOTION OF LOUISIANA SHERIFFS' PENSION & RELIEF FUND FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**<br><br>Date: June 2, 2025<br>Time: 8:30 a.m.<br>Courtroom: 10A<br>Judge: Hon. David O. Carter |
| VLADIMIR TSVETKOV, Individually and on Behalf of All Others Similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, and KRIS SENNESAEL,<br><br>Defendants. | Case No. 8:25-cv-00863-JAK-ADS |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on June 2, 2025 at 8:30 a.m., before the Honorable David O. Carter, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 10A, Santa Ana, California, or on a date and time set by the Court, Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for entry of an order: (1) appointing Louisiana Sheriffs as Lead Plaintiff; (2) approving Louisiana Sheriffs' selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") to serve as Lead Counsel for the Class; (3) consolidating the above-captioned securities class actions (the "Related Actions") pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"); and (4) granting any such further relief as the Court may deem just and proper.[1]

This Motion is made on the grounds that Louisiana Sheriffs is the "most adequate plaintiff" under the PSLRA and is therefore entitled to be appointed as Lead Plaintiff. Specifically, Louisiana Sheriffs believes that it has the "largest financial interest" in the relief sought by the Class in this action by virtue of, among other things, the substantial losses that it incurred on its investments in the common stock of Skyworks Solutions, Inc. between August 8, 2023, and February 5, 2025,

---

[1] This Motion has been filed pursuant to Section 21D(a)(3)(B) of the Exchange Act, as amended by the PSLRA, which provides that within 60 days after publication of the required notice, any member of the proposed Class may apply to the Court to be appointed as Lead Plaintiff. Consequently, counsel for Louisiana Sheriffs will not know which other Class members, if any, will seek appointment as Lead Plaintiff until after motions are filed on May 5, 2025. As a result, proposed Lead Counsel have been unable to confer with opposing counsel as prescribed in Local Rule 7-3, and respectfully request that this requirement be waived for this Motion.

NOTICE OF MOTION AND MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF
Case No. 8:25-cv-00411-DOC-JDE

inclusive.  Louisiana Sheriffs also satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims and because it will fairly and adequately represent the interests of the Class.  Moreover, Louisiana Sheriffs is a paradigmatic Lead Plaintiff under the PSLRA because it is a sophisticated institutional investor with a substantial financial stake in the litigation and the proven ability to effectively monitor and supervise counsel.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Declaration of Jonathan D. Uslaner filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Louisiana Sheriffs respectfully requests that the Court enter an order: (1) appointing Louisiana Sheriffs as Lead Plaintiff pursuant to the PSLRA; (2) approving its selection of Bernstein Litowitz to serve as Lead Counsel for the Class; (3) consolidating the Related Actions pursuant to Rule 42(a); and (4) granting any such further relief as the Court may deem just and proper.

Dated: May 5, 2025

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ Jonathan D. Uslaner
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:   (310) 819-3481

-and-

Hannah Ross
Avi Josefson
Scott R. Foglietta
1251 Avenue of the Americas
New York, NY 10020
Tel:   (212) 554-1400
Fax:   (212) 554-1444
hannah@blbglaw.com
avi@blbglaw.com
scott.foglietta@blbglaw.com

NOTICE OF MOTION AND MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 8:25-cv-00411-DOC-JDE

*Counsel for Proposed Lead Plaintiff*
*Louisiana Sheriffs' Pension & Relief Fund*

**KLAUSNER, KAUFMAN, JENSEN**
**& LEVINSON**

Robert D. Klausner
7080 Northwest 4th Street
Plantation, FL 33317
Tel:    (954) 916-1202
Fax:    (954) 916-1232
bob@robertdklausner.com

*Additional Counsel for Louisiana*
*Sheriffs' Pension & Relief Fund*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:    (310) 819-3481