**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| CESAR NUNEZ, Individually and on Behalf of All Others Similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, AND KRIS SENNESAEL,<br><br>Defendants. | Case No. 8:25-cv-00411-DOC-JDE<br><br>**[PROPOSED] ORDER GRANTING THE MOTION OF LOUISIANA SHERIFFS' PENSION & RELIEF FUND FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**<br><br>Date: June 2, 2025<br>Time: 8:30 a.m.<br>Courtroom: 10A<br>Judge: Hon. David O. Carter |
| VLADIMIR TSVETKOV, Individually and on Behalf of All Others Similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, and KRIS SENNESAEL,<br><br>Defendants. | Case No. 8:25-cv-00863-JAK-ADS |

[PROPOSED] ORDER GRANTING MOTION
FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 8:25-cv-00411-DOC-JDE

Upon consideration of (1) the Motion of Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs") for appointment as Lead Plaintiff, approval of its selection of Lead Counsel, and consolidation of related actions; (2) the Memorandum of Points and Authorities in support thereof; (3) the Declaration of Jonathan D. Uslaner in support thereof; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1.    Louisiana Sheriffs' Motion is **GRANTED**.

2.    Louisiana Sheriffs is **APPOINTED** as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraphs 4 and 5 of this Order.

3.    Louisiana Sheriffs' selection of Lead Counsel is **APPROVED** and Bernstein Litowitz Berger & Grossmann LLP is **APPOINTED** as Lead Counsel for the Class.

4.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"), *Tsvetkov v. Skyworks Solutions, Inc.*, No. 8:25-cv-00863-JAK-ADS (C.D. Cal.), is consolidated with *Nunez v. Skyworks Solutions, Inc.*, No. 8:25-cv-00411-DOC-JDE (C.D. Cal.) (together, the "Consolidated Action").

5.    Pursuant to Rule 42(a), any subsequently filed, removed, or transferred actions that are related to the claims asserted in the Consolidated Action are **CONSOLIDATED** for all purposes.

[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 8:25-cv-00411-DOC-JDE

6.    The Consolidated Action will be captioned "*In re Skyworks Solutions, Inc. Securities Litigation*," and the file shall be maintained under Master File No. 8:25-cv-00411-DOC-JDE.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Honorable David O. Carter
United States District Judge

[PROPOSED] ORDER GRANTING MOTION
FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 8:25-cv-00411-DOC-JDE