**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:     (310) 819-3481

*Counsel for Proposed Lead Plaintiff*
*Louisiana Sheriffs' Pension & Relief Fund*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| CESAR NUNEZ, Individually and on Behalf of All Others Similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, AND KRIS SENNESAEL,<br><br>Defendants. | Case No. 8:25-cv-00411-DOC-JDE<br><br>**DECLARATION OF JONATHAN D. USLANER IN SUPPORT OF THE MOTION OF LOUISIANA SHERIFFS' PENSION & RELIEF FUND FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**<br><br>Date: June 2, 2025<br>Time: 8:30 a.m.<br>Courtroom: 10A<br>Judge: Hon. David O. Carter |
| VLADIMIR TSVETKOV, Individually and on Behalf of All Others Similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, and KRIS SENNESAEL,<br><br>Defendants. | Case No. 8:25-cv-00863-JAK-ADS |

DECLARATION OF JONATHAN D. USLANER
IN SUPPORT OF MOTION FOR APPOINTMENT
AS LEAD PLAINTIFF
Case No. 8:25-cv-00411-DOC-JDE

I, Jonathan D. Uslaner, declare as follows:

1. I am a member in good standing of the bar of the State of California and am admitted to practice before this Court. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"). I respectfully submit this Declaration in support of the Motion of Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs") for appointment as Lead Plaintiff, approval of its selection of Lead Counsel, and consolidation of related actions.

2. Attached as Exhibits A through E are true and correct copies of the following documents:

Exhibit A:    Certification of Louisiana Sheriffs;

Exhibit B:    Chart of transactions and losses of Louisiana Sheriffs;

Exhibit C:    Notice of the pendency of *Nunez v. Skyworks Solutions, Inc.*, No. 8:25-cv-00411 (C.D. Cal.), published in *Globe Newswire* on March 4, 2025;

Exhibit D:    Notice of the pendency of *Tsvetkov v. Skyworks Securities, Inc.*, No. 8:25-cv-00863 (C.D. Cal.), published in *PR Newswire* on April 25, 2025; and

Exhibit E:    Firm résumé of Bernstein Litowitz.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of May, 2025.


                                        */s/ Jonathan D. Uslaner*
                                        Jonathan D. Uslaner

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:      (310) 819-3481