# EXHIBIT B

**Louisiana Sheriffs' Pension & Relief Fund**

LIFO Loss in Skyworks Solutions, Inc. (SWKS)
Class Period: 08/08/23 - 02/05/25
CUSIP: 83088M102
Retained share price: $64.0634 (02/06/25 - 05/02/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 0 | | | Sale | | 0 | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 11/17/2023 | 70 | 93.8427 | $6,568.99 | | | | | |
| Purchase | 11/20/2023 | 888 | 94.7989 | $84,181.42 | | | | | |
| Purchase | 11/20/2023 | 371 | 94.7988 | $35,170.35 | | | | | |
| Purchase | 11/21/2023 | 3,792 | 93.5856 | $354,876.60 | | | | | |
| Purchase | 11/22/2023 | 2,545 | 94.7724 | $241,195.76 | | | | | |
| Purchase | 11/24/2023 | 1,160 | 94.6027 | $109,739.13 | | | | | |
| Purchase | 11/27/2023 | 2,704 | 94.4627 | $255,427.14 | | | | | |
| Purchase | 11/28/2023 | 2,580 | 94.4128 | $243,585.02 | | | | | |
| Purchase | 11/29/2023 | 1,300 | 96.4903 | $125,437.39 | | | | | |
| Purchase | 12/12/2023 | 998 | 106.5869 | $106,373.73 | | | | | |
| Purchase | 12/13/2023 | 1,073 | 106.6012 | $114,383.09 | | | | | |
| Purchase | 12/20/2023 | 10,658 | 110.5407 | $1,178,142.77 | | | | | |
| Purchase | 3/14/2024 | 450 | 104.1972 | $46,888.74 | | | | | |
| Purchase | 3/18/2024 | 6,997 | 103.1290 | $721,593.61 | | | | | |
| Purchase | 3/19/2024 | 1,480 | 102.7346 | $152,047.21 | | | | | |
| Purchase | 10/9/2024 | 400 | 97.7048 | $39,081.92 | | | | | |
| Purchase | 10/10/2024 | 200 | 96.4127 | $19,282.53 | | | | | |
| Purchase | 12/2/2024 | 30 | 87.7823 | $2,633.47 | | | | | |
| Purchase | 12/3/2024 | 759 | 87.4242 | $66,354.97 | | | | | |
| Purchase | 12/4/2024 | 624 | 87.3637 | $54,514.95 | | | | | |
| Purchase | 12/5/2024 | 300 | 86.7005 | $26,010.15 | | | | | |
| Purchase | 12/5/2024 | 1,646 | 86.6601 | $142,642.52 | | | | | |
| Purchase | 12/9/2024 | 100 | 89.7644 | $8,976.44 | | | | | |
| Purchase | 12/18/2024 | 1,537 | 90.4007 | $138,945.88 | | | | | |
| Purchase | 12/19/2024 | 55 | 88.4100 | $4,862.55 | | | | | |
| Purchase | 12/19/2024 | 255 | 88.3375 | $22,526.06 | | | | | |
| Purchase | 12/27/2024 | 300 | 89.6441 | $26,893.23 | Sale | 11/19/2024 | (600) | 83.5600 | ($50,136.00) |
| Purchase | 12/30/2024 | 200 | 88.1882 | $17,637.64 | | | | | |
| Purchase | 12/31/2024 | 303 | 88.4001 | $26,785.23 | Retained | | (43,175) | 64.0634 | ($2,765,938.01) |
| | | 43,775 | | $4,372,758.47 | | | (43,775) | | ($2,816,074.01) |

|  |  |
|---|---|
| **Loss** | **($1,556,684.46)** |