# EXHIBIT C



**Source:** *Levi & Korsinsky, LLP*

*March 04, 2025 15:35 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Skyworks Solutions, Inc. Securities and Sets a Lead Plaintiff Deadline of May 5, 2025

NEW YORK, March 04, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Skyworks Solutions, Inc. ("Skyworks" or the "Company") (NASDAQ: SWKS) <u>between July 30, 2024 to February 5, 2025, both dates inclusive.</u> <u>You are hereby notified</u>** that the class action lawsuit *Cesar Nunez v. Skyworks Solutions, Inc., et al.* (Case No. 8:25-cv-00411) has been commenced in the United States District Court for the Central District of California. To get more information **go to:**

[https://zlk.com/pslra-1/skyworks-solutions-inc-lawsuit-submission-form](https://zlk.com/pslra-1/skyworks-solutions-inc-lawsuit-submission-form)

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, defendants provided investors with material information concerning Skyworks' expected revenue for the fiscal year 2025. Defendants' statements included, among other things, confidence in Skyworks' ability to expand its mobile business and capitalize on its growth potential by investing in new technologies to diversify its portfolio of offerings.

On February 5, 2025, after market close, Skyworks announced its financial results for the first quarter of fiscal year 2025 and provided lower-than anticipated revenue guidance for the second quarter of fiscal year 2025. The Company attributed its results and low guidance to a "competitive landscape" that had "intensified" in recent years. Following this news, the price of Skyworks' common stock declined dramatically. From a closing market price of $87.08 per share on February 5, 2025, Skyworks' stock price fell to $65.60 per share on February 6, 2025, a decline of over 24% in the span of just a single day.

**If you suffered a loss in SWKS securities, you have until May 5, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP

Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com