ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
JENNIFER N. CARINGAL (286197)
MICHAEL ALBERT (301120)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CESAR NUNEZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SKYWORKS SOLUTIONS, INC., et al., <br><br> Defendants. | Case No. 8:25-cv-00411-DOC-JDE <br><br> NOTICE OF WITHDRAWAL OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF (ECF 32) <br><br> DATE: June 2, 2025 <br> TIME: 8:30 a.m. <br> CTRM: 10A <br> JUDGE: Hon. David O. Carter |

4915-9863-2002

PLEASE TAKE NOTICE that Genesee County Employees' Retirement System, Charter Township of Clinton Police and Fire Retirement System, and Clinton Township Retiree Health Care Trust (collectively, the "Michigan Pension Funds") hereby withdraw their motion for appointment as lead plaintiff (ECF 32). This withdrawal is without prejudice to the Michigan Pension Funds' ability to participate in any future recovery as a putative class member.

DATED: May 12, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JENNIFER N. CARINGAL
MICHAEL ALBERT
KENNETH P. DOLITSKY


                    s/ Kenneth P. Dolitsky
_____
              KENNETH P. DOLITSKY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead
Plaintiff

VANOVERBEKE, MICHAUD &
TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel

- 1 -

4915-9863-2002