Robert V. Prongay (SBN 270796)
 *rprongay@glancylaw.com*
Charles Linehan (SBN 307439)
 *clinehan@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Albert F. Chan*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR NUNEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, and KRIS SENNESAEL,<br><br>    Defendants. | Case No. 8:25-cv-00411-DOC-JDE<br><br>**NOTICE OF WITHDRAWAL OF THE MOTION OF ALBERT F. CHAN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CO-LEAD COUNSEL**<br><br>Date:   June 2, 2025<br>Time:   8:30 a.m.<br>Crtrm.:  10A<br>Judge:  Hon. David O. Carter |
| VLADIMIR TSVETKOV, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, and KRIS SENNESAEL,<br><br>    Defendants. | Case No. 8:25-cv-00863-JAK-ADS |

NOTICE OF WITHDRAWAL

On May 5, 2025, Albert F. Chan ("Chan") filed a motion for appointment as lead plaintiff and approval of counsel in connection with the above-captioned securities fraud class actions (Dkt. No. 23, the "Motion"). Three similar motions were filed by other putative class members in this action.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") directs the Court to appoint the "most adequate plaintiff" as lead plaintiff, and provides a rebuttable presumption that the most adequate movant is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Chan does not have the largest financial interest in the relief sought by the class as required by the PSLRA. As such, Chan hereby withdraws his Motion.

By this withdrawal, Chan does not waive his rights to participate and recover as a class member in this litigation.

DATED:  May 12, 2025         Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**
By:   */s Charles H. Linehan*
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  clinehan@glancylaw.com

**HOLZER & HOLZER, LLC**
Corey D. Holzer
211 Perimeter Center Parkway, Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Counsel for Albert F. Chan*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On May 12, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 12, 2025, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan