**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
aapton@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290

*Attorneys for Nelson Mangione*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR NUNEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, and KRIS SENNESAEL,<br><br>Defendants. | No.: 8:25-cv-00411-DOC-JDE<br><br>**NOTICE OF WITHDRAWAL OF NELSON MANGIONE'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Hon. David O. Carter<br>Date: June 2, 2025<br>Time: 8:30 a.m.<br>Courtroom #10A |
| VLADIMIR TSVETKOV, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, and KRIS SENNESAEL,<br><br>Defendants. | No.: 8:25-cv-00863-JAK-ADS<br><br>Judge: Hon. John A. Kronstadt |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Nelson Mangione ("Movant"), hereby withdraws his Motion for Consolidation of the above-captioned actions (the "Actions"), Appointment as Lead Plaintiff and Approval of Selection of Counsel. *See* ECF No. 27. This withdrawal shall have no impact on Movant's membership in the putative class and his right to share in any recovery obtained for the benefit of the class members. If the Court decides that the present movants are either inadequate or atypical and, therefore, unable to represent the class, Movant stands ready, willing and able to serve as lead plaintiff.

Dated: May 12, 2025                    Respectfully submitted,

                                       **LEVI & KORSINSKY, LLP**

                                       */s/ Adam M. Apton*
                                       Adam M. Apton (SBN 316506)
                                       aapton@zlk.com
                                       445 South Figueroa Street, 31st Floor
                                       Los Angeles, CA 90071
                                       Tel: (213) 985-7290

                                       *Lead Counsel for Nelson Mangione*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other signatory has concurred in this filing's content and has authorized the filing.

*/s/ Adam M. Apton*
Adam M. Apton

## <u>CERTIFICATE OF SERVICE</u>

I, Adam M. Apton, hereby declare under penalty of perjury as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On May 12, 2025, I electronically filed the following **NOTICE OF WITHDRAWAL OF NELSON MANGIONE'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on May 12, 2025.

/s/ *Adam M. Apton*
Adam M. Apton