1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

10

11

12

13

14

15

16

17

18

| | |
|---|---|
| CESAR NUNEZ, Individually and on Behalf of All Others Similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, AND KRIS SENNESAEL, <br><br> Defendants. | Case No. 8:25-cv-00411-DOC-JDE <br><br> **ORDER GRANTING IN PART MOTION OF LOUISIANA SHERIFFS' PENSION & RELIEF FUND FOR CONSOLIDATION OF RELATED ACTIONS [36]** <br><br> Judge: Hon. David O. Carter <br><br><br> Case No. 8:25-cv-00863-DOC JDE |

19

20

21

22

23

24

25

26

VLADIMIR TSVETKOV, Individually and on Behalf of All Others Similarly situated,

Plaintiff,

v.

SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, and KRIS SENNESAEL,

Defendants.

27

28

Upon consideration of (1) the Motion of Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs") for appointment as Lead Plaintiff, approval of its selection of Lead Counsel, and consolidation of related actions [Dkt. 36]; (2) the Memorandum of Points and Authorities in support thereof; (3) the Declaration of Jonathan D. Uslaner in support thereof; and (4) that no opposition has been filed; and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

Louisiana Sheriffs' unopposed Motion is **GRANTED a**s to consolidation, but held in abeyance as to appointment as Lead Plaintiff and selection of Lead Counsel in accordance with 15 U.S.C. 87u-4(a)(3)(B)(ii).

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"), *Tsvetkov v. Skyworks Solutions, Inc.*, No. 8:25-cv-00863-DOC-JDE (C.D. Cal.), is consolidated with *Nunez v. Skyworks Solutions, Inc.*, No. 8:25-cv-00411-DOC-JDE (C.D. Cal.) (together, the "Consolidated Action").

The Consolidated Action will be captioned "In re Skyworks Solutions, Inc. Securities Litigation," and the file shall be maintained under Lead Case No. 8:25-cv-00411-DOC-JDE.

**IT IS SO ORDERED.**

Dated: May 15, 2025

_David O. Carter_
_____

Honorable David O. Carter
United States District Judge

1