**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| CESAR NUNEZ, Individually and on Behalf of All Others Similarly situated,<br><br>          Plaintiff,<br><br>          v.<br><br>SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, AND KRIS SENNESAEL,<br><br>          Defendants.<br><br>VLADIMIR TSVETKOV, Individually and on Behalf of All Others Similarly situated,<br><br>          Plaintiff,<br><br>          v.<br><br>SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, and KRIS SENNESAEL,<br><br>          Defendants. | Case No. 8:25-cv-00411-DOC-JDE<br><br>**AMENDED ORDER GRANTING IN PART MOTION OF LOUISIANA SHERIFFS' PENSION & RELIEF FUND FOR CONSOLIDATION OF RELATED ACTIONS [36]**<br><br>Judge: Hon. David O. Carter<br><br>Case No. 8:25-cv-00863-DOC JDE |

Upon consideration of (1) the Motion of Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs") for appointment as Lead Plaintiff, approval of its selection of Lead Counsel, and consolidation of related actions [Dkt. 36]; (2) the Memorandum of Points and Authorities in support thereof; (3) the Declaration of Jonathan D. Uslaner in support thereof; and (4) that no opposition has been filed; and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

Louisiana Sheriffs' unopposed Motion is **GRANTED** as to consolidation, but held in abeyance as to appointment as Lead Plaintiff and selection of Lead Counsel in accordance with 15 U.S.C. 87u-4(a)(3)(B)(ii).

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"), *Tsvetkov v. Skyworks Solutions, Inc.*, No. 8:25-cv-00863-DOC-JDE (C.D. Cal.), is consolidated with *Nunez v. Skyworks Solutions, Inc.*, No. 8:25-cv-00411-DOC-JDE (C.D. Cal.) (together, the "Consolidated Action").

The Consolidated Action will be maintained under Lead Case No. 8:25-cv-00411-DOC-JDE. All future filings must be filed under the Lead Case. Therefore, Case No. 25-cv-00863-DOC-JDE is closed.

**IT IS SO ORDERED.**

Dated: May 15, 2025

_David O. Carter_

Honorable David O. Carter
United States District Judge

1