**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| CESAR NUNEZ, Individually and on Behalf of All Others Similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, AND KRIS SENNESAEL,<br><br>　　　　　Defendants. | Case No. 8:25-cv-00411-DOC-JDE<br><br>**ORDER GRANTING THE MOTION OF LOUISIANA SHERIFFS' PENSION & RELIEF FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL [36]** |
| VLADIMIR TSVETKOV, Individually and on Behalf of All Others Similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SKYWORKS SOLUTIONS, INC., LIAM K. GRIFFIN, and KRIS SENNESAEL,<br><br>　　　　　Defendants. | |

Upon consideration of (1) the Motion of Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs") for appointment as Lead Plaintiff, approval of its selection of Lead Counsel, and consolidation of related actions; (2) the Memorandum of Points and Authorities in support thereof; (3) the Declaration of Jonathan D. Uslaner in support thereof; (4) all other pleadings and argument submitted to this Court; and (5) the fact no opposition has been filed, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. Louisiana Sheriffs' Motion is **GRANTED** as to lead counsel and lead plaintiff. The Court previously granted the Motion as to consolidation.

2. Louisiana Sheriffs is **APPOINTED** as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the Consolidated Action.

3. Louisiana Sheriffs' selection of Lead Counsel is **APPROVED** and Bernstein Litowitz Berger & Grossmann LLP is **APPOINTED** as Lead Counsel for the Class.

4. The hearing on the Motion scheduled for June 2, 2025 is **VACATED.**

**IT IS SO ORDERED.**

Dated: May 16, 2025

*/s/ David O. Carter*

Honorable David O. Carter
United States District Judge