**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:   (310) 819-3481

*Counsel for Lead Plaintiff
Louisiana Sheriffs' Pension & Relief Fund*

**SIDLEY AUSTIN LLP**
Sara Beth Brody (Bar No. 130222)
(sbrody@sidley.com)
Jaime A Bartlett (Bar No. 251825)
(jbartlett@sidley.com)
Madison J. Ferraro (Bar No. 339624)
(madison.ferraro@sidley.com)
555 California Street, Suite 2000
San Francisco, CA 94104
415-772-1200
Fax: 415-772-7400

*Counsel for Defendants
Skyworks Solutions, Inc. Liam K. Griffin, Kris Sennesael*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE SKYWORKS, INC. SECURITIES LITIGATION | Case No. 8:25-cv-00411-DOC-JDE <br><br> CLASS ACTION <br><br> **JOINT STIPULATION ESTABLISHING SCHEDULE FOR FILING OF CONSOLIDATED CLASS ACTION COMPLAINT AND BRIEFING ON MOTION TO DISMISS** <br><br> **[Proposed Order attached hereto]** |

**WHEREAS**, on May 15, 2025, the Court entered an Amended Order Granting In Part Motion of Louisiana Sheriffs' Pension & Relief Fund for Consolidation of Related Actions ("May 15 Order"), ECF No. 45, which consolidated *Tsvetkov v. Skyworks Solutions, Inc.*, No. 8:25-cv-00863-DOC-JDE and *Nunez v. Skyworks Solutions, Inc.*, No. 8:25-cv-00411-DOC-JDE;

**WHEREAS**, on May 16, 2025, the Court entered an Order Granting the Motion of Louisiana Sheriffs' Pension & Relief Fund for Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel, which appointed Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs") as Lead Plaintiff and their counsel, Bernstein Litowitz Berger & Grossmann LLP, as lead counsel, ECF No. 47;

**WHEREAS**, following the appointment of Louisiana Sheriffs as Lead Plaintiff, counsel for the parties met-and-conferred regarding a schedule for filing Lead Plaintiff's Consolidated Amended Complaint and Defendants' anticipated motion to dismiss, consistent with the Court's scheduling order in other similar matters, and have agreed, subject to the Court's approval, to the proposed schedule;

**NOW, THEREFORE**, it is hereby stipulated and agreed to by the Parties, by and through their undersigned counsel, as follows:

1. Lead Plaintiff shall file the Consolidated Amended Complaint on or before July 31, 2025;

2. Defendants shall respond to the Consolidated Amended Complaint by filing a motion to dismiss or otherwise, on or before September 30, 2025;

3. Lead Plaintiff shall file an opposition to Defendants' motion to dismiss, if any, on or before November 18, 2025; and

4. Defendants shall file a reply in support of their motion to dismiss, if any, on or before December 20, 2025.

| | |
|---|---|
| Dated: June 3, 2025 | Respectfully submitted, |
| | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| | */s/ Jonathan D. Uslaner* <br> Jonathan D. Uslaner (Bar No. 256898) <br> jonathanu@blbglaw.com <br> 2121 Avenue of the Stars, Suite 2575 <br> Los Angeles, CA 90067 <br> Tel:   (310) 819-3481 |
| | *Counsel for Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund and the proposed class* |
| | **SIDLEY AUSTIN LLP** |
| | */s/ Sara Beth Brody* <br> Sara Beth Brody (Bar No. 130222) <br> (sbrody@sidley.com) <br> Jaime A Bartlett (Bar No. 251825) <br> (jbartlett@sidley.com) <br> Madison J. Ferraro (Bar No. 339624) <br> (madison.ferraro@sidley.com) <br> 555 California Street, Suite 2000 <br> San Francisco, CA 94104 <br> 415-772-1200 <br> Fax: 415-772-7400 |
| | *Counsel for Defendants* <br> *Skyworks Solutions, Inc., Liam K. Griffin, Kris Sennesael* |

**CERTIFICATE PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULE 5-4.3.4(A)(2)(I)**

I, Jonathan D. Uslaner, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that Sara Beth Brody concurs in this filing's content and has authorized the filing.

Dated: June 3, 2025

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner