# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR NUNEZ<br><br>Plaintiff(s),<br><br>v.<br><br>SKYWORKS SOLUTIONS, INC., et al.<br><br>Defendant(s). | Case No. 8:25-cv-00411-DOC-JDE<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING JOINT PROPOSED SCHEDULE FOR FILING OF CONSOLIDATED CLASS ACTION COMPLAINT AND BRIEFING ON MOTION TO DISMISS [50]** |

Upon consideration of the Parties' Joint Stipulation Establishing Schedule for Filing of Consolidated Class Action Complaint and Briefing on Motion to Dismiss, **IT IS HEREBY ORDERED THAT:**

1. Lead Plaintiff shall file the Consolidated Amended Complaint on or before July 31, 2025;

2. Defendants shall respond to the Consolidated Amended Complaint by filing a motion to dismiss or otherwise, on or before September 30, 2025;

3. Lead Plaintiff shall file an opposition to Defendants' motion to dismiss, if any, on or before November 18, 2025; and

4. Defendants shall file a reply in support of their motion to dismiss, if any, on or before December 20, 2025.

Dated: June 3, 2025

*/s/ David O. Carter*
_____
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE