Sara B. Brody (SBN 130222)
sbrody@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Madison J. Ferraro (SBN 339624)
madison.ferraro@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

*Attorneys for Defendants*
*Skyworks Solutions, Inc., Liam K. Griffin,*
*and Kris Sennesael*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION AT SANTA ANA

| | |
|---|---|
| IN RE SKYWORKS SOLUTIONS, INC. SECURITIES LITIGATION | Case No. 8:25-cv-00411-DOC-JDE<br><br>**DECLARATION OF JAIME A. BARTLETT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>*[Filed concurrently with Defendants' Notice of Motion and Motion to Dismiss Consolidated Complaint; Memorandum of Points and Authorities; Request for Judicial Notice and Incorporation by Reference; and [Proposed] Orders]*<br><br>Assigned to: Hon. David O. Carter<br><br>Hearing Date: March 20, 2026<br>Hearing Time: 8:30 a.m.<br>Location: Courtroom 10A |

I, Jaime A. Bartlett, declare as follows:

1. I am an attorney, duly licensed to practice law in the State of California, and am admitted before this Court. I am a partner with the law firm of Sidley Austin LLP, counsel of record for Defendants Skyworks Solutions, Inc. ("Skyworks"), Liam K. Griffin, and Kris Senekal (collectively, the "Defendants") in this action. The facts stated herein are true and correct based upon my own personal knowledge and, if called as a witness to testify, I could and would competently testify thereto. I submit this declaration in support of Defendants' Motion to Dismiss the Consolidated Class Action Complaint.

2. This motion is made following the conferences of counsel pursuant to L.R. 7-3 which took place on May 29, 2025 (regarding schedule for the motion) and September 29, 2025. During our September 29 conference, I conveyed that Defendants would move to dismiss the Consolidated Class Action Complaint ("CC") under Rule 12(b)(6) on the grounds that it (1) failed to adequately plead that any challenged statement was materially false or misleading, (2) failed to adequately plead scienter, and (3) failed to plead control person liability under Section 20(a). Plaintiff believes the CC meets the pleading requirements and the parties did not reach any agreement to resolve this dispute.

3. Attached as exhibits and attachments to this declaration are true and correct copies of the following 10 documents:

**Attachment A**: An appendix listing in tabular format statements challenged by Plaintiff in his Consolidated Complaint.

**Exhibit 1**: Excerpts of Skyworks' Form 10-K filed with the SEC on November 17, 2023 for the fiscal year ended September 29, 2023.

**Exhibit 2**: Transcript from Skyworks' August 7, 2023 earnings call for Q3 2023.

**Exhibit 3**: Transcript from Skyworks' November 2, 2023 earnings call for Q4 2023.

**Exhibit 4**: Transcript from Skyworks' January 30, 2024 earnings call for Q1 2024.

1

DECLARATION OF JAIME A. BARTLETT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION
CASE NO. 8:25-CV-00411-DOC-JDE

**Exhibit 5**: Transcript from Skyworks' March 5, 2024 presentation at the Morgan Stanley Technology, Media & Telecom Conference.

**Exhibit 6**: Transcript from Skyworks' November 12, 2024 earnings call for Q4 2024.

**Exhibit 7**: Oppenheimer Intraday Report from January 8, 2025.

**Exhibit 8**: J.P. Morgan Investor Group Meeting Summary Report from January 7, 2025.

**Exhibit 9**: Skyworks' Form 10-K filed with the SEC on November 15, 2024 for the fiscal year ended September 27, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of September 2025, in San Francisco, California.


By:   */s/ Jaime A. Bartlett*
       Jaime A. Bartlett