**BERNSTEIN LITOWITZ BERGER**
    **& GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:    (310) 819-3481

*Counsel for Lead Plaintiff*
*Louisiana Sheriffs' Pension & Relief Fund*

**SIDLEY AUSTIN LLP**
Sara Beth Brody (Bar No. 130222)
(sbrody@sidley.com)
Jaime A Bartlett (Bar No. 251825)
(jbartlett@sidley.com)
Madison J. Ferraro (Bar No. 339624)
(madison.ferraro@sidley.com)
555 California Street, Suite 2000
San Francisco, CA 94104
415-772-1200
Fax: 415-772-7400

*Counsel for Defendants*
*Skyworks Solutions, Inc. Liam K. Griffin, Kris Sennesael*

[Additional counsel appear on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SKYWORKS, INC. SECURITIES LITIGATION | Case No. 8:25-cv-00411-DOC-JDE |
| | <u>CLASS ACTION</u> |
| | **JOINT REPORT REGARDING SCHEDULING CONFERENCE** |
| | Judge: David O. Carter |

Counsel for Defendants Skyworks Solutions, Inc. ("Skyworks" or the "Company"), its former Chief Executive Officer ("CEO"), Liam K. Griffin ("Griffin"), and its former Chief Financial Officer ("CFO"), Kris Sennesael ("Sennesael" and, together with Skyworks, the "Defendants"), and counsel for Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund (the "Lead Plaintiff" or "Louisiana Sheriffs"), respectfully submit this Joint Report Regarding Scheduling Conference.

1.      On June 3, 2025, the Court entered an order granting the parties' Joint Proposed Schedule For Filing of Consolidated Class Action Complaint and Briefing on Motion to Dismiss. (ECF No. 51).

2.      On October 1, 2025, the Court entered a Scheduling Notice scheduling argument on Defendants' Motion to Dismiss for December 8, 2025. (ECF No. 64). The Court also issued an Order Setting Scheduling Conference. (ECF No. 63).

3.      On January 5, 2026, the Court issued a Scheduling Notice continuing the hearing on the Motion to Dismiss, and setting the Scheduling Conference, for February 9, 2026. (ECF No. 71).

4.      Pursuant to this Court's Order Setting Scheduling Conference, "[t]he parties are required to file their Rule 26(f) report with the Court no later than fourteen days prior to the Scheduling Conference set by the Court." (Order at Section III).

5.      The Private Securities Litigation Reform Act ("PSLRA") provides: "In any private action arising under this chapter, all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party." 15 U.S.C. §78u-4(b)(3)(B).

6.      Discovery is thus stayed by statute during the pendency of the Motion to Dismiss.

7.      If applicable, the parties shall meet and confer regarding any scheduling matters within two weeks of the Court's order on the Motion to Dismiss and shall

file a Rule 26(f) report within three weeks of the Court's resolution of the Motion to Dismiss.

Dated: January 26, 2026                              Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:   (310) 819-3481

John J. Rizio-Hamilton (admitted *pro hac vice*)
johnr@blbglaw.com
Robert Kravetz (admitted *pro hac vice*)
robert.kravetz@blbglaw.com
Abygail Kritta (admitted *pro hac vice*)
abygail.kritta@blbglaw.com
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund and the proposed class*

**SIDLEY AUSTIN LLP**

*/s/ Jaime A. Bartlett*
Sara B. Brody
Jaime A. Bartlett
Madison J. Ferraro
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Sara B. Brody (Bar No. 130222)
sbrody@sidley.com
Jaime A. Bartlett (Bar No. 251825)
jbartlett@sidley.com
Madison J. Ferraro (Bar No. 339624)

madison.ferraro@sidley.com

*Counsel for Defendants Skyworks Solutions, Inc., Liam K. Griffin, Kris Sennesael*

## CERTIFICATE PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULE 5-4.3.4(A)(2)(I)

I, Jonathan D. Uslaner, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that Jaime A. Bartlett concurs in this filing's content and has authorized the filing.

Dated: January 26, 2026

_/s/ Jonathan D. Uslaner_
Jonathan D. Uslaner