# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SKYWORKS SOLUTIONS, INC. SECURITIES LITIGATION | No. 8:25-cv-00411-DOC-JDE<br><br>CLASS ACTION<br><br>**[PROPOSED] SCHEDULING ORDER**<br><br>Judge: David O. Carter<br><br>**Fact Discovery Cut-off:**<br>March 19, 2027<br><br>**Motion Cut-off:**<br>September 13, 2027<br><br>**Final Pretrial Conference:**<br>November 1, 2027 at 8:30 AM<br><br>**Trial:**<br>November 30, 2027 at 8:30 AM |

The Court having reviewed the parties' Joint Report and Discovery Plan, IT IS HEREBY ORDERED:

1.    The relevant discovery and motions are to be completed or filed on, or prior to, the cut-off dates listed below:

| Event | Parties' Request month/day/year |
|---|---|
| Jury Trial **(Tuesdays at 8:30 a.m.)** | November 30, 2027 |
| Est. Length (days) | 8 days |
| Final Pretrial Conference [L.R. 16] **(Mondays at 8:30 a.m.)** | November 1, 2027 |
| Oppositions to Motions in Limine | October 18, 2027 |
| Opening Motions in Limine | October 8, 2027 |
| Hearing on Dispositive Motions **(Mondays at 8:30 a.m.)** | September 27, 2027 |
| Replies to Dispositive Motions | September 13, 2027 |
| Oppositions to Dispositive Motions | August 30, 2027 |
| Opening Dispositive Motions | July 26, 2027 |
| Cut-Off Date for Expert Discovery | July 16, 2027 |
| Reply Expert Disclosure | June 21, 2027 |
| Rebuttal Expert Disclosure | May 28, 2027 |
| Initial Expert Disclosure Deadline | April 23, 2027 |
| Cut-Off Date for All Fact Discovery | March 19, 2027 |
| Deadline for Settlement Conference | January 15, 2027 |
| Reply to Motion for Class Certification | January 29, 2027 |
| Opposition to Motion for Class Certification | December 18, 2026 |
| Opening Motion for Class Certification | November 13, 2026 |
| Document Discovery Substantially Completed By | October 30, 2026 |
| ADR [L.R. 16-15] Settlement Procedure Choice | ☐  1 Magistrate Judge<br>☐  2 Mediation Panel<br>☒  3 Private Mediation |

IT IS SO ORDERED.

_____
The Honorable David O. Carter

United States District Judge