SLARSKEY LLC
Adam Hollander (*pro hac vice forthcoming*)
Nicole Santoro (*pro hac vice forthcoming*)
ahollander@slarskey.com
nsantoro@slarskey.com
825 Third Avenue, 32nd Floor
New York, NY 10022
Telephone: (212) 658-0661

RUTH LLP
Megan A. Maitia (SBN 285271)
megan@ruthllp.com
7462 N. Figueroa Street, Suite 206
Los Angeles, CA 90041
Telephone: (213) 260-9452

*Attorneys for Nonparty Catherine Pananides*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION AT SANTA ANA

| | |
|---|---|
| IN RE SKYWORKS SOLUTIONS, INC. SECURITIES LITIGATION | Case No. 8:25-cv-00411-DOC-JDE<br>[*Discovery Document: Referred to Magistrate Judge John D. Early]*<br><br>**NONPARTY CATHERINE PANANIDES'S NOTICE OF MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITION OF MS. PANANIDES**<br>Date: October 29, 2026<br>Time: 10:00 AM<br>Courtroom: 6A<br>Discovery Cut-Off: March 19, 2027<br>Pretrial Conf. Date: October 4, 2027<br>Trial Date: November 3, 2027 |

## NOTICE OF MOTION

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that on October 29, 2026 at 10:00 a.m., or as soon thereafter as this matter may be heard, in Courtroom 6A, 6th Floor of the above-entitled Court, located at 411 W. 4th Street, Santa Ana, CA 92701, before the Honorable John D. Early, Nonparty Catherine Pananides, by and through her counsel, will and does hereby move, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and this Court's Local Rule 37-2, for a protective order regarding the deposition of Nonparty Catherine Pananides ("Movant"). This Motion is supported by this Notice of Motion, the accompanying Local Rule 37-2 Joint Stipulation, supporting declarations, and upon such other argument, evidence, and documents properly presented to the Court. Movant and the parties met and conferred over the telephone and by email pursuant to Local Rule 37-1 and could not resolve this dispute informally.

Because Movant and the Parties do not intend to file supplemental memoranda under Local Rule 37-2.3, the Motion will be fully briefed upon filing.

Dated: October 7, 2026

**RUTH LLP**

By: */s/ Megan A. Maitia*
Megan A. Maitia (SBN 285271)
megan@ruthllp.com
7462 N. Figueroa Street, Suite 206
Los Angeles, CA 90041
Telephone: (213) 260-9452

**SLARSKEY LLC**

Adam Hollander (*pro hac vice forthcoming*)
ahollander@slarskey.com
Nicole Santoro (*pro hac vice forthcoming*)
nsantoro@slarskey.com
825 Third Ave., 32nd Fl.
New York, NY 10022
Telephone: (212) 658-0661

*Counsel for Nonparty Catherine Pananides*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2026, a true and accurate copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*/s/ Megan A. Maitia*

Megan A. Maitia