Sara B. Brody (SBN 130222)
sbrody@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
Madison J. Ferraro (SBN 339624)
madison.ferraro@sidley.com
SIDLEY AUSTIN LLP
101 California Street, Suite 3500
San Francisco, CA 94111
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

*Attorneys for Defendants*
*Skyworks Solutions, Inc., Liam K. Griffin,*
*and Kris Sennesael*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION AT SANTA ANA

| | |
|---|---|
| IN RE SKYWORKS SOLUTIONS, INC. SECURITIES LITIGATION | Case No. 8:25-cv-00411-DOC-JDE<br><br>**DECLARATION OF JAIME A. BARTLETT IN SUPPORT OF DEFENDANTS' PORTION OF L.R. 37-2 JOINT STIPULATION REGARDING DEPOSITION OF CATHERINE PANANIDES**<br><br>Date: October 29, 2026<br>Time: 10:00 AM<br>Courtroom: 6A<br><br>Discovery Cut-Off: March 19, 2027<br>Pretrial Conf. Date: October 4, 2027<br>Trial Date: November 3, 2027 |

I, Jaime A. Bartlett, declare as follows:

1. I am an attorney, duly licensed to practice law in the State of California, and am admitted before this Court. I am a partner with the law firm of Sidley Austin LLP, counsel of record for Defendants Skyworks Solutions, Inc. ("Skyworks"), Liam K. Griffin, and Kris Sennesael (collectively, the "Defendants") in this action. The facts stated herein are true and correct based upon my own personal knowledge and, if called as a witness to testify, I could and would competently testify thereto. I submit this declaration in support of Defendants' portion of the Local Rule 37-2 Joint Stipulation Regarding the Deposition of Catherine Pananides.

2. Attached as **Exhibit 1** is a true and correct copy of the Consolidated Class Action Complaint filed in this action on July 31, 2025 (ECF No. 59).

3. Attached as **Exhibit 2** is a true and correct copy of the Court's May 6, 2026 Order denying Defendants' Motion to Dismiss (ECF No. 81).

4. On May 18, 2026, counsel for the parties agreed by email not to serve subpoenas on third parties in this action prior to July 13, 2026.

5. On July 13, 2026, Defendants served Plaintiff with Defendants' Notice of Rule 45 Subpoenas, which included a deposition subpoena to Catherine Pananides for a deposition on August 28, 2026.

6. On October 2, 2026, Defendants produced to Plaintiff and to counsel for Ms. Pananides documents from the custodial files of Catherine Pananides and post-Complaint communications between Skyworks and its representatives and Ms. Pananides and her representatives.

7. Through correspondence and meet-and-confers, the parties have reached agreement on the time period for Defendants' document production, on the scope of Defendants' production in response to Plaintiff's requests, on an AI-assisted review process, on thirteen document custodians, and more than twenty search terms to be run across those custodians' documents. The remaining unresolved questions concern one additional custodian and a few additional search terms.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of October 2026, in Alameda, California.

By: */s/ Jaime A. Bartlett*
Jaime A. Bartlett