**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Counsel for Lead Plaintiff*
*Louisiana Sheriffs' Pension & Relief Fund*

**SIDLEY AUSTIN LLP**
Sara Beth Brody (Bar No. 130222)
(sbrody@sidley.com)
Jaime A Bartlett (Bar No. 251825)
(jbartlett@sidley.com)
Madison J. Ferraro (Bar No. 339624)
(madison.ferraro@sidley.com)
555 California Street, Suite 2000
San Francisco, CA 94104
415-772-1200
Fax: 415-772-7400

*Counsel for Defendants*
*Skyworks Solutions, Inc. Liam K. Griffin, Kris Sennesael*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

IN RE SKYWORKS, SOLUTIONS, INC. SECURITIES LITIGATION

Case No. 8:25-cv-00411-DOC-JDE

CLASS ACTION

**JOINT NOTICE REGARDING PROGRESS OF SETTLEMENT DISCUSSIONS**

Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund ("Lead Plaintiff") and Defendants Skyworks Solutions, Inc., Liam K. Griffin, and Kris Sennesael ("Defendants," and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby submit this Joint Notice Regarding Progress of Settlement Discussions pursuant to this Court's June 26, 2026 Order/Referral to ADR (Dkt. No. 95), which referred this action to private mediation under ADR Procedure No. 3 and directed the Parties to file a joint report no later than seven (7) days after the ADR proceeding regarding the progress of settlement discussions.

On October 21, 2026, the Parties conducted a full-day mediation in New York City, New York, before Retired U.S. District Judge Layn Phillips. The mediation was unsuccessful.

Dated: October 28, 2026

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Robert Kravetz (*pro hac vice*)
(robert.kravetz@blbglaw.com)
Abygail Kritta (*pro hac vice*)
(abygail.kritta@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400

-and-

Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Counsel for Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund and the proposed class*

**SIDLEY AUSTIN LLP**

*/s/ Jaime A Bartlett*
Sara Beth Brody (Bar No. 130222)
(sbrody@sidley.com)
Jaime A Bartlett (Bar No. 251825)
(jbartlett@sidley.com)
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
Madison J. Ferraro (Bar No. 339624)
(madison.ferraro@sidley.com)
555 California Street, Suite 2000
San Francisco, CA 94104
Tel: 415-772-1200
Fax: 415-772-7400

*Counsel for Defendants*
*Skyworks Solutions, Inc., Liam K. Griffin, Kris Sennesael*

**CERTIFICATE PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULE 5-4.3.4(A)(2)(I)**

I, John Rizio-Hamilton, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that Jaime A Bartlett concurs in this filing's content and has authorized the filing.

Dated: October 28, 2026

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton (admitted *pro hac vice*)